Monique Olivier, Esq., State Bar No. 190385
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 433-0333
Fax: (415) 449-6556
E-Mail: monique@dplolaw.com

Alison Kosinski, Esq., State Bar No. 261676
Emily Thiagaraj, Esq., State Bar No. 284634
KOSINSKI + THIAGARAJ, LLP
22 Battery Street, Suite 888
San Francisco, CA 94111
Tel.: (415) 230-2860
Fax: (415) 723-7099
E-Mail: alison@ktlawsf.com
        emily@ktlawsf.com

Attorneys for Plaintiff
JULIA BERNSTEIN and Putative Class

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 3:15-cv-02277-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Date Action Filed:   March 18, 2015<br>Trial Date:              None Set<br><br>Assigned to Hon. Jon S. Tigar |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 26107642.1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
Case No. 3:15-cv-02277-JST

1  ROBERT JON HENDRICKS, State Bar No. 179751
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1596
3  Tel:   +1.415.442.1000
   Fax:   +1.415.442.1001
4  Email: rhendricks@morganlewis.com

5  JENNIFER A. TOMLIN, State Bar No. 261220
   MORGAN, LEWIS & BOCKIUS LLP
6  2 Palo Alto Square
   3000 El Camino Real, Suite 700
7  Palo Alto, CA 94306
   Tel:   +1.650.843.4000
8  Fax:   +1.650.843.4001
   Email: jtomlin@morganlewis.com

9
   Attorneys for Defendant
10 VIRGIN AMERICA, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 26107642.1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
Case No. 3:15-cv-02277-JST

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☒ Private ADR (please identify process and provider)   Mediation

The Parties agree to select a mediator by August 26, 2015.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

☒ other requested deadline   March 2016

Dated: August 12, 2015

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

KOSINSKI + THIAGARAJ, LLP

By *Monique Olivier (authorized on 8/12/15)*
    Monique Olivier

Attorneys for Plaintiff
JULIA BERNSTEIN and Putative Class

Dated: August 12, 2015

MORGAN, LEWIS & BOCKIUS LLP

By *Robert Jon Hendricks*
    Robert Jon Hendricks
    Jennifer A. Tomlin
Attorneys for Defendant
VIRGIN AMERICA, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 26107642.1

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. 3:15-cv-02277-JST

**[PROPOSED] ORDER**

Pursuant to the Stipulation above:

    X    The parties' stipulation is adopted and IT IS SO ORDERED.

    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

_____

_____

_____

**IT IS SO ORDERED.**

DATED: August 18, 2015

HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 26107642.1

2

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
Case No. 3:15-cv-02277-JST