UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIA BERNSTEIN,

    Plaintiff,

    v.

VIRGIN AMERICA, INC.,

    Defendant.

Case No. 15-cv-02277-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | October 30, 2015 |
| Class or collective certification motion | May 19, 2016 |
| Opposition to class or collective certification motion | July 14, 2016 |
| Reply to class or collective certification motion | August 11, 2016 |
| Hearing date on motion for class or collective certification | August 25, 2016 |

The Court will also set a telephonic case management conference on October 30, 2015 at 2:00 p.m. The parties are ordered to provide a call-in number to the courtroom deputy at least 24 hours beforehand.

The Court will set remaining dates, including discovery cut-off and trial dates, following resolution of any motions for class or collective certification.

1  Counsel may not modify these dates without leave of court.  The parties shall comply with
2  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
3  The parties must take all necessary steps to conduct discovery, compel discovery, hire
4  counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5  manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
6  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
7  Trial dates set by this Court should be regarded as firm.  Requests for continuance are
8  disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
9  controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10 a continuance.  The Court will not consider the pendency of settlement discussions as good cause
11 to grant a continuance.
12 IT IS SO ORDERED.
13 Dated: August 26, 2015

JON S. TIGAR
United States District Judge