**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

**KOSINSKI + THIAGARAJ, LLP**
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Putative Class

*Additional counsel on following page*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>　　　　　　Defendants. | **CASE NO.:** 15-CV-02277-JST<br><br>**JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE FOR CLASS CERTIFICATION;** [PROPOSED] **ORDER THEREON** |

ROBERT JON HENDRICKS, State Bar No. 179751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001
Email: rhendricks@morganlewis.com

NANCY VILLARREAL, State Bar No. 273604
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001
Email: nancy.villarreal@morganlewis.com

Attorneys for Defendant
VIRGIN AMERICA INC.

**STIPULATION**

Plaintiffs Julia Bernstein, et al. ("Plaintiffs") and Defendant Virgin America, Inc. ("Defendant") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS the Parties have engaged in significant discovery to date;

WHEREAS the Parties continue to exchange documents responsive to various discovery requests, and continue to meet and confer to resolve disputes with respect to various document requests and interrogatories;

WHEREAS Defendant had noticed the depositions of the Plaintiffs, and Plaintiffs had noticed the deposition of Defendant under FRCP 30(b)(6) prior to the mediation scheduled for March 17, 2016;

WHEREAS Defendant requested, and Plaintiffs agreed, to postpone the depositions until after the mediation took place;

WHEREAS the Parties were not able to resolve the matter at mediation;

WHEREAS the previously-noticed depositions are now on calendar to take place over the next two months;

WHEREAS, due to the above, the Parties respectfully request that the Court continue the briefing and hearing schedule on Plaintiffs' Motion for Class Certification, as detailed below, which represents an eight-week continuance of the hearing date on Plaintiffs' Motion for Class Certification;

WHEREAS, the Parties also propose that the Court hold a brief telephonic Case Management Conference in June 2016;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

| | |
|---|---|
| June 23, 2016 | Last day for Parties to disclose experts in connection with Plaintiffs' Motion for Class Certification |
| July 7, 2016 | Plaintiffs' Motion for Class Certification |

- 1 -

**JOINT STIPULATION RE BRIEFING AND HEARING SCHEDULE**                               15-CV-02277-JST

| | |
|---|---|
| August 8, 2016 | Last day for Parties to disclose rebuttal experts in connection with Plaintiffs' Motion for Class Certification |
| September 1, 2016 | Defendant's Opposition to Plaintiffs' Motion for Class Certification |
| September 22, 2016 | Plaintiffs' Reply In Support of Motion for Class Certification |
| October 6, 2016, 2:00 pm | Hearing on Plaintiffs' Motion for Class Certification |

Dated:  April 19, 2016        DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By:  */s/ Monique Olivier*
        Monique Olivier
        Attorneys for Plaintiffs

Dated:  April 19, 2016        MORGAN LEWIS & BOCKIUS

By:  */s/ Robert Jon Hendricks\**
        Robert Jon Hendricks
        Attorneys for Defendant

*I, Monique Olivier, attest that Robert Jon Hendricks has concurred in the filing of this document. (L.R. 5-1(i).)

- 2 -

**JOINT STIPULATION RE BRIEFING AND HEARING SCHEDULE**               **15-CV-02277-JST**

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing, the new briefing and hearing schedule on Plaintiffs' Motion for Class Certification is as follows:

| | |
|---|---|
| June 23, 2016 | Last day for Parties to disclose experts in connection with Plaintiffs' Motion for Class Certification |
| July 7, 2016 | Plaintiffs' Motion for Class Certification |
| August 8, 2016 | Last day for Parties to disclose rebuttal experts in connection with Plaintiffs' Motion for Class Certification |
| September 1, 2016 | Defendant's Opposition to Plaintiffs' Motion for Class Certification |
| September 22, 2016 | Plaintiffs' Reply In Support of Motion for Class Certification |
| October 6, 2016, 2:00 pm | Hearing on Plaintiffs' Motion for Class Certification |

IT IS SO ORDERED.

DATED: April 19, 2016



IT IS SO ORDERED
Judge Jon S. Tigar