Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
KOSINSKI + THIAGARAJ, LLP
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUILIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>VIRGIN AMERICA, INC.; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No. 3:15-cv-02277<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:        June 10, 2016<br>Time:        1:30 p.m.<br>Courtroom: Via teleconference<br>Judge:       Hon. Jon S. Tigar |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The Parties had previously requested a telephonic Case Management Conference, which has been set by the Court for June 10, 2016 at 1:30 p.m.  The Parties are continuing to meet and confer regarding discovery matters prior to the deadline of July 7, 2016 for Plaintiffs' Motion for Class Certification.  As the Parties do not, at this time, require the Court's assistance, the Parties jointly request that the CMC scheduled for this Friday be continued to a date convenient for the Court's calendar between June 23 and July 1, 2016.  Should the parties resolve the outstanding discovery issues by that time, they will notify the Court and request that the CMC be continued until the hearing on the class certification motion.

Date:   June 8, 2016                             DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

                                                 By:   */s/ Monique Olivier*
                                                       Monique Olivier
                                                       Attorneys for Plaintiff and the Putative Class

Date:   June 8, 2016                             MORGAN LEWIS & BOCKIUS

                                                 By:   */s/ Nancy Villareal\**
                                                       Nancy Villareal
                                                       Attorneys for Defendant Virgin America

*I, Monique Olivier, attest that Nancy Villareal has concurred in the filing of this document.   (L.R. 5-1(i).)

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and GOOD CAUSE appearing, the Case Management Conference scheduled for this Friday, June 10, 2016, is CONTINUED until __July 1_____, 2016 at __3:30 p.m.__.

A joint agenda is due by 6/29/2016. The parties shall email the Courtroom Deputy Clerk (jstcrd@cand.uscourts.gov) one number at which all counsel can be reached for the conference.

DATED: June 9, 2016

_____
Jon S. Tigar
United States District Court Judge



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar