Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
KOSINSKI + THIAGARAJ, LLP
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUILIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VIRGIN AMERICA, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:15-cv-02277<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:　　　　July 1, 2016<br>Time:　　　　3:30 p.m.<br>Courtroom:　Via teleconference<br>Judge:　　　　Hon. Jon S. Tigar |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The Parties had previously requested a telephonic Case Management Conference, which has been set by the Court for July 1, 2016 at 3:30 p.m.  At this time the Parties are continuing to meet and confer regarding discovery matters and do not, at this time, require the Court's assistance. Accordingly, the Parties jointly request that the CMC scheduled for this Friday be continued to the hearing on the motion for class certification, currently set for October 6, 2016.

Date:   June 29, 2016               DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By:   */s/ Monique Olivier*
      Monique Olivier
      Attorneys for Plaintiff and the Putative Class

Date:   June 29, 2016               MORGAN LEWIS & BOCKIUS

By:   */s/ Nancy Villarreal\**
      Nancy Villarreal
      Attorneys for Defendant Virgin America


*I, Monique Olivier, attest that Nancy Villarreal has concurred in the filing of this document.  (L.R. 5-1(i).)

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and GOOD CAUSE appearing, the Case Management Conference scheduled for this Friday, July 1, 2016, is CONTINUED until October 6, 2016 at 2:00 p.m.

DATED: June 30, 2016



Jon S. Tigar

IT IS SO ORDERED

Judge Jon S. Tigar