Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
KOSINSKI + THIAGARAJ, LLP
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUILIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No 15-cv-02277 JST<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 79.5(d) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order in this Action (Dkt. 27) (the "Protective Order"). Plaintiffs respectfully submit this Administrative Motion to the Court for an Order permitting the filing under seal of the following documents in connection with Plaintiffs' Motion to Facilitate Collective Action Notice Pursuant to 29 U.S.C. § 216(b) and Plaintiffs' for Class Certification ("Motions"):

a. Exhibits 8, 9, 10, 12, 16, 19 27, 28, and certain portions of the deposition transcripts of Valerie Jenkins (Exhibit 2), Matthew Kliff (Exhibit 4), and Jon Curtis Weaver (Exhibit 3), attached to the Declaration of Alison Kosinski in Support of Plaintiffs' Motion for Class Certification ("Kosinski Decl."). Defendant's counsel have designated all of these exhibits as "Confidential" pursuant to the Protective Order. A redacted version of the Kosinski Declaration (without the Exhibits at issue) has been filed electronically in the public docket. An unredacted version of the Kosinski Declaration will be submitted conditionally under seal with this motion. The redacted and unredacted versions will be concurrently provided to the Court and served on Defendant. (*See* Olivier Decl. ¶ 4.)

b. Plaintiffs' Motion for Class Certification, which contains a redaction on Page 18 of the Memorandum of Points & Authorities.

**I. ARGUMENT**

The Protective Order sets forth procedures for designating and handling confidential documents and other discovery information (the "Protected Material"). Pursuant to the Protective Order, a party producing discovery may designate Protected Materials as "Confidential." (Dkt. 27, § 5.2(a).) Any party seeking to file a pleading or document that is or contains Protected Material must, under the Protective Order, submit a request to file the pleading or document under seal as described in Civil Local Rule 79-5. (*Id* § 12.3.) Accordingly, in line with their duties under the Protective Order, Plaintiffs request this Court file under seal documents designated as "Confidential."

Plaintiffs do not contend that the documents are, in fact, confidential, only that Defendant has designated them as such. Plaintiffs informed Defendant that it does not believe the documents are entitled to be designated as confidential. In response, Defendant has maintained the confidential designation on the above-referenced documents.

**II. CONCLUSION**

For the reasons stated above, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Administrative Relief.

Dated: July 6, 2016            DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

KOSINSKI + THIAGARAJ, LLP

By: /s/ *Monique Olivier*
Monique Olivier
Attorneys for Plaintiffs and the Proposed Class