Monique Olivier (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
KOSINSKI + THIAGARAJ, LLP
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUILIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No 15-cv-02277 JST<br><br>**DECLARATION OF MONIQUE OLIVIER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 79.5(d) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Monique Olivier, declare as follows:

1. I am a member of the State Bar of California and admitted to practice law in all the courts of the State of California and in the United States District Court for the Northern District of California. I am in good standing with the Bar and with this Court. I am a partner in the law firm of Duckworth Peters Lebowitz Olivier LLP ("DPLO") and am counsel for Plaintiffs and the proposed class in this action.

2. The facts contained in this declaration are within my personal knowledge, and I could and would testify truthfully to those facts if called to do so under oath.

3. I make this declaration in support of Plaintiffs' Administrative Motion to file certain documents under seal, filed herewith on this date.

4. Exhibits 8, 9, 10, 12, 16, 19 27, 28, and certain portions of the deposition transcripts of Valerie Jenkins (Exhibit 2), Matthew Kliff (Exhibit 4), and Jon Curtis Weaver (Exhibit 3), attached to the Declaration of Alison Kosinski in Support of Plaintiffs' Motion for Class Certification ("Kosinski Decl.") have been designated "Confidential" by Defendant pursuant to the Stipulated Protective Order on file in this action.  A redacted version of the Kosinski Declaration (without the Exhibits at issue) has been filed electronically in the public docket. An unredacted version of the Kosinski Declaration will be submitted conditionally under seal with this motion. The redacted and unredacted versions will be concurrently provided to the Court and served on Defendant.

5. Plaintiffs' Motion for Class Certification contains a redaction on page 18 of the Memorandum of Points & Authorities as it contains information Defendant has designated as confidential pursuant to the Protective Order. An unredacted version of the Motion will be submitted conditionally under seal with this motion. The redacted and unredacted versions will be concurrently provided to the Court and served on Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th Day of July 2016, in San Francisco, California.

                 /s/ *Monique Olivier*
                 Monique Olivier