**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

**KOSINSKI + THIAGARAJ, LLP**
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Putative Class

*Additional Counsel on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**JOINT STIPULATION REGARDING REBUTTAL EXPERT DISCLOSURE IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**<br>**[~~PROPOSED~~] ORDER THEREON** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION;
[~~PROPOSED~~] ORDER THEREON
CASE NO. 15-CV-02277-JST

DB2/ 30482995.1

1  ROBERT JON HENDRICKS, State Bar No. 179751
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1596
3  Tel:   +1.415.442.1000
   Fax:   +1.415.442.1001
4  E-mail: rj.hendricks@morganlewis.com

5  NANCY VILLARREAL, State Bar No. 273604
   MORGAN, LEWIS & BOCKIUS LLP
6  1400 Page Mill Road
   Palo Alto, CA 94304
7  Tel:   +1.650.843.4000
   Fax:   +1.650.843.4001
8  E-Mail: nancy.villarreal@morganlewis.com

9  Attorneys for Defendant
   VIRGIN AMERICA INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION;
[PROPOSED] ORDER THEREON
CASE NO. 15-CV-02277-JST

DB2/ 30482995.1

## STIPULATION

Plaintiffs Julia Bernstein, *et al*. ("Plaintiffs") and Defendant Virgin America, Inc. ("Defendant") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS the last day for the Parties to disclose rebuttal experts in connection with Plaintiffs' Motion for Class Certification is currently August 8, 2016 (ECF 37);

WHEREAS the Plaintiffs' expert, David Breshears, was deposed on July 27, 2016. That deposition was not completed and is set to be completed on August 9, 2016;

WHEREAS based on the foregoing, the Parties respectfully request that the Court continue the deadline for Defendant to disclose rebuttal expert(s) in connection with Plaintiffs' Motion for Class Certification to August 19, 2016.

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

| | |
|---|---|
| August 19, 2016 | Last day for Defendant to disclose rebuttal expert(s) in connection with Plaintiffs' Motion for Class Certification |

Dated:  August 3, 2016            DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*
    Monique Olivier
    Attorneys for Plaintiffs

Dated:  August 3, 2016            MORGAN LEWIS & BOCKIUS

By: */s/ Nancy Villarreal*
    Robert Jon Hendricks
    Nancy Villarreal
    Attorneys for Defendant

*I, Nancy Villarreal, attest that Monique Olivier has concurred in the filing of this document. (L.R. 5-1(i).)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION;
[PROPOSED] ORDER THEREON
CASE NO. 15-CV-02277-JST

DB2/ 30482995.1

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and good cause appearing, the new deadline for Defendant to disclose rebuttal expert(s) in connection with Plaintiffs' Motion for Class Certification is August 19, 2016.

**IT IS SO ORDERED.**

DATED: August 3, 2016

Hon. Jon S. Tigar
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION;
[PROPOSED] ORDER THEREON
CASE NO. 15-CV-02277-JST

DB2/ 30482995.1