ROBERT JON HENDRICKS, State Bar No. 179751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
E-Mail: rj.hendricks@morganlewis.com

JENNIFER A. TOMLIN, State Bar No. 261220
NANCY VILLARREAL, State Bar No. 273604
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94306
Tel: +1.650.843.4000
Fax: +1.650.843.4001
E-Mail: jennifer.tomlin@morganlewis.com
        Nancy.villarreal@morganlewis.com

Attorneys for Defendant

VIRGIN AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 3:15-cv-02277-JST<br><br>**DECLARATION OF NANCY VILLARREAL IN SUPPORT OF DEFENDANT VIRGIN AMERICA INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[REDACTED EXHIBITS J & M]**<br><br>Date: October 18, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

# DECLARATION OF NANCY VILLARREAL

I, Nancy Villarreal, hereby declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California and admitted to practice before all courts in the State of California. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Virgin America, Inc. ("Defendant" or "Virgin") in the above-captioned action. I make this declaration in support of Virgin's Motion for Summary Judgment ("Motion"). The matters stated herein are based on personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. On May 13, 2016, Robert J. Hendricks, lead counsel for Virgin in this matter, took Plaintiff Julia Bernstein's deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Plaintiff Bernstein's deposition transcript. Attached as **Exhibit A** are true and correct copies of the portions of her deposition transcript cited in Virgin's Motion.

3. On May 18, 2016, Mr. Hendricks took Plaintiff Esther Garcia's deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Plaintiff Garcia's deposition transcript. Attached as **Exhibit B** are true and correct copies of the portions of her deposition transcript cited in Virgin's Motion.

4. On June 2, 2016, Mr. Hendricks took Plaintiff Lisa Marie Smith's deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Plaintiff Smith's deposition transcript. Attached as **Exhibit C** are true and correct copies of the portions of her deposition transcript cited in Virgin's Motion.

5. On August 19, 2016, Brendan Killeen, counsel for Virgin in this matter, took putative class member William Victor Tomlinson's deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Mr. Tomlinson's deposition transcript. Attached as **Exhibit D** are true and correct copies of the portions of his deposition transcript cited in Virgin's Motion.

6. On August 18, 2016, Brendan Killeen, counsel for Virgin in this matter, took putative class member Adam Croteau's deposition before a Certified Court Reporter. Our law

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S MSJ
CASE NO. 3:15-CV-02277-JST

DB2/ 30542935.2

1 firm subsequently received from the court reporter a copy of Mr. Croteau's deposition transcript.
2 Attached as **Exhibit E** are true and correct copies of the portions of his deposition transcript cited
3 in Virgin's Motion.

4     7. On May 11, 2016, Plaintiffs' counsel Alison Kosinski took the deposition of
5 Virgin's corporate witness, Richard Hendrickson, before a Certified Court Reporter. Our law
6 firm subsequently received from the court reporter a copy of Mr. Hendrickson's deposition
7 transcript. Attached as **Exhibit F** are true and correct copies of the portions of his deposition
8 transcript cited in Virgin's Motion.

9     8. On May 23, 2016, Plaintiffs' counsel Monique Olivier took the deposition of
10 Virgin's corporate witness, Valerie Jenkins, before a Certified Court Reporter. Our law firm
11 subsequently received from the court reporter a copy of Ms. Jenkins' deposition transcript.
12 Attached as **Exhibit G** are true and correct copies of the portions of her deposition transcript cited
13 in Virgin's Motion.

14     9. On February 12, 2016, Plaintiff Esther Garcia propounded Interrogatories, Set
15 One, on Virgin. Virgin responded to these interrogatories on March 14, 2016, and supplemented
16 its responses on May 16, 2016. Attached hereto as **Exhibit H** is a true and correct copy of
17 Virgin's Supplemental Responses to Plaintiff Garcia's Interrogatories, Set One.

18     10. Attached as **Exhibit I** is a true and correct copy of excerpted portions of the June
19 2014 Bid Packet produced by Virgin in this matter and about which Plaintiff Smith testified and
20 authenticated at her deposition, see Exhibit C, 160:5-162:22.

21     11. Documents comprising **Exhibit J** are a true and correct copy of relevant portions
22 of Virgin's Inflight Work Rules revised effective October 1, 2013 produced by Virgin in this
23 matter and about which Mr. Hendrickson testified and authenticated at his deposition, see Exhibit
24 F, 41:17-42:3. Exhibit J has been designated "Confidential" by Virgin pursuant to the Stipulated
25 Protective Order on file in this action. By Plaintiffs' Administrative Motion Pursuant to Civil
26 Local Rule 79.5(d) to File Documents Under Seal In Connection with Plaintiffs' Motion for Class
27 Certification ("Motion to File Under Seal"), Dkt. Nos. 43-50, Plaintiffs seek to have documents,
28 including those contained in Exhibit J, filed under seal. I have submitted a Declaration in support

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 30542935.2

3

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S MSJ
CASE NO. 3:15-CV-02277-JST

of Plaintiffs' Motion to File Under Seal, concurrently filed herewith. A redacted version of this Declaration, without Exhibit J, will be filed electronically in the public docket. An unredacted version of this Declaration, with Exhibit J, will be submitted conditionally under seal to the Court. The redacted and unredacted versions will be concurrently served on Plaintiffs.

12. Attached as **Exhibit K** is a true and correct copy of relevant portions of Plaintiff Garcia's paystubs produced by Virgin in this matter and about which Plaintiff Garcia testified and authenticated at her deposition, see Exhibit B, 172:12-24.

13. Attached as **Exhibit L** is a true and correct copy of relevant portions of Plaintiff Smith's paystubs produced by Virgin in this matter and about which Plaintiff Smith testified and authenticated at her deposition, see Exhibit C, 155:13-156:4.

14. Documents comprising **Exhibit M** are a true and correct copy of Virgin's Inflight Teammate Work Rules revised effective July 1, 2012 produced by Virgin in this matter and about which Mr. Hendrickson testified and authenticated at his deposition, see Exhibit F, 83:23-84:22. Exhibit M has been designated "Confidential" by Virgin pursuant to the Stipulated Protective Order on file in this action. By Plaintiffs' Motion to File Under Seal, Plaintiffs seek to have documents, including those contained in Exhibit M, filed under seal. I have submitted a Declaration in support of Plaintiffs' Motion to File Under Seal, concurrently filed herewith. A redacted version of this Declaration, without Exhibit M, will be filed electronically in the public docket. An unredacted version of this Declaration, with Exhibit M, will be submitted conditionally under seal to the Court. The redacted and unredacted versions will be concurrently served on Plaintiffs.

15. Attached as **Exhibit N** is a true and correct copy of Virgin's Rainmaker User Guide and produced by Virgin in this matter and authenticated by Richard Hendrickson in his Declaration, ¶ 8.

16. Attached as **Exhibit O** is a true and correct copy of Plaintiff Bernstein's flight records for the applicable period, produced by Virgin in this matter and about which Plaintiff Bernstein testified at her deposition, see Exhibit A, 250:18-253:14, authenticated by Richard Hendrickson in his Declaration, ¶ 9.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30542935.2

4

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S MSJ
CASE NO. 3:15-CV-02277-JST

17. Attached as **Exhibit P** is a true and correct copy of Plaintiff Garcia's flight records for the applicable period, produced by Virgin in this matter and about which Plaintiff Garcia testified and authenticated at her deposition, see Exhibit B, 233:15-236:13, and authenticated by Richard Hendrickson in his Declaration, ¶ 10.

18. Attached as **Exhibit Q** is a true and correct copy of Plaintiff Smith's flight records for the applicable period, produced by Virgin in this matter and about which Plaintiff Smith testified and authenticated at her deposition, see Exhibit C, 206:10-207:21, and authenticated by Richard Hendrickson in his Declaration, ¶ 11.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed on this 6th day of September, 2016 in Palo Alto, California.

*/s/ Nancy Villarreal*
Nancy Villarreal

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30542935.2

5

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S MSJ
CASE NO. 3:15-CV-02277-JST