ROBERT JON HENDRICKS, State Bar No. 179751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001
E-Mail: rj.hendricks@morganlewis.com

JENNIFER A. TOMLIN, State Bar No. 261220
NANCY VILLARREAL, State Bar No. 273604
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94306
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001
E-Mail: jennifer.tomlin@morganlewis.com
         Nancy.villarreal@morganlewis.com

Attorneys for Defendant

VIRGIN AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 3:15-cv-02277-JST<br><br>**DECLARATION OF NANCY VILLARREAL IN SUPPORT OF DEFENDANT VIRGIN AMERICA INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**[REDACTED EXHIBITS J, M AND W]**<br><br>Date: October 18, 2016<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S OPPO. TO CLASS CERT.
CASE NO. 3:15-CV-02277-JST

DB2/ 30580423.1

## DECLARATION OF NANCY VILLARREAL

I, Nancy Villarreal, hereby declare as follows:

1.  I am an attorney at law, duly licensed to practice in the State of California and admitted to practice before all courts in the State of California. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys of record for Defendant Virgin America Inc. ("Defendant" or "Virgin") in the above-captioned action. I make this declaration in support of Virgin's Opposition to Plaintiffs' Class Certification Motion ("Opposition"). The matters stated herein are based on personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.  On May 13, 2016, Robert J. Hendricks, lead counsel for Virgin in this matter, took Plaintiff Julia Bernstein's deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Plaintiff Bernstein's deposition transcript. Attached as **Exhibit A** are true and correct copies of the portions of her deposition transcript cited in Virgin's Opposition.

3.  On May 18, 2016, Mr. Hendricks took Plaintiff Esther Garcia's deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Plaintiff Garcia's deposition transcript. Attached as **Exhibit B** are true and correct copies of the portions of her deposition transcript cited in Virgin's Opposition.

4.  On June 2, 2016, Mr. Hendricks took Plaintiff Lisa Marie Smith's deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Plaintiff Smith's deposition transcript. Attached as **Exhibit C** are true and correct copies of the portions of her deposition transcript cited in Virgin's Opposition.

5.  On August 19, 2016, Brendan Killeen, counsel for Virgin in this matter, took putative class member William Victor Tomlinson's deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Mr. Tomlinson's deposition transcript. Attached as **Exhibit D** are true and correct copies of the portions of his deposition transcript cited in Virgin's Opposition.

6.  On August 18, 2016, Brendan Killeen, counsel for Virgin in this matter, took

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S OPPO. TO CLASS CERT.
CASE NO. 3:15-CV-02277-JST

DB2/ 30580423.1

putative class member Adam Croteau's deposition before a Certified Court Reporter.  Our law firm subsequently received from the court reporter a copy of Mr. Croteau's deposition transcript.  Attached as **Exhibit E** are true and correct copies of the portions of his deposition transcript cited in Virgin's Opposition.

7. On May 11, 2016, Plaintiffs' counsel Alison Kosinski took the deposition of Virgin's corporate witness, Richard Hendrickson, before a Certified Court Reporter.  Our law firm subsequently received from the court reporter a copy of Mr. Hendrickson's deposition transcript.  Attached as **Exhibit F** are true and correct copies of the portions of his deposition transcript cited in Virgin's Opposition.

8. On May 23, 2016, Plaintiffs' counsel Monique Olivier took the deposition of Virgin's corporate witness, Valerie Jenkins, before a Certified Court Reporter.  Our law firm subsequently received from the court reporter a copy of Ms. Jenkins' deposition transcript.  Attached as **Exhibit G** are true and correct copies of the portions of her deposition transcript cited in Virgin's Opposition.

9. On February 12, 2016, Plaintiff Esther Garcia propounded Interrogatories, Set One, on Virgin.  Virgin responded to these interrogatories on March 14, 2016, and supplemented its responses on May 16, 2016.  Attached hereto as **Exhibit H** is a true and correct copy of Virgin's Supplemental Responses to Plaintiff Garcia's Interrogatories, Set One.

10. Attached as **Exhibit I** is a true and correct copy of excerpted portions of the June, 2014, November 2014, August 2015 Bid Packets produced by Virgin in this matter and about which Plaintiff Smith testified and authenticated at her deposition, see Exhibit C, 160:5-162:22, 169:11-170:16 and 170:22-171:16.

11. Attached as **Exhibit J** is a true and correct copy of relevant portions of Virgin's Inflight Work Rules revised effective October 1, 2013 produced by Virgin in this matter and about which Mr. Hendrickson testified and authenticated at his deposition, see Exhibit F, 41:17-42:3. Exhibit J has been designated "Confidential" by Virgin pursuant to the Stipulated Protective Order on file in this action.  By Plaintiffs' Administrative Motion Pursuant to Civil Local Rule 79.5(d) to File Documents Under Seal In Connection with Plaintiffs' Motion for Class

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 30580423.1

3

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S OPPO. TO CLASS CERT.
CASE NO. 3:15-CV-02277-JST

1  Certification ("Motion to File Under Seal"), Dkt. Nos. 43-50, Plaintiffs seek to have documents,

2  including those contained in Exhibit J, filed under seal (see Exhibit 8 to attached to the

3  Declaration of Alison Kosinski In Support of Plaintiffs' Motion for Class Certification ("Kosinski

4  Decl."), Dkt. No. 45).  I have submitted a Declaration in support of Plaintiffs' Motion to File

5  Under Seal, Dkt. No. 59.  A redacted version of this Declaration, minus Exhibit J, will be filed

6  electronically in the public docket.  An unredacted version of this Declaration, with Exhibit J, will

7  be submitted conditionally under seal.  The redacted and unredacted versions will be concurrently

8  provided to the Court and served on Plaintiffs.

9      12.    Attached as **Exhibit K** is a true and correct copy of relevant portions of Plaintiff

10  Garcia's paystubs produced by Virgin in this matter and about which Plaintiff Garcia testified and

11  authenticated at her deposition, see Exhibit B, 172:12-24.

12      13.    Attached as **Exhibit L** is a true and correct copy of relevant portions of Plaintiff

13  Smith's paystubs produced by Virgin in this matter and about which Plaintiff Smith testified and

14  authenticated at her deposition, see Exhibit C, 155:13-156:4.

15      14.    Attached as **Exhibit M** is a true and correct copy of Virgin's Inflight Teammate

16  Work Rules revised effective July 1, 2012 produced by Virgin in this matter and about which Mr.

17  Hendrickson testified and authenticated at his deposition, see Exhibit F, 83:23-84:22.  Exhibit M

18  has been designated "Confidential" by Virgin pursuant to the Stipulated Protective Order on file

19  in this action.  By Plaintiffs' Motion to File Under Seal, Plaintiffs seek to have documents,

20  including those contained in Exhibit M, filed under seal (see Exhibit 9 to Kosinski Decl., Dkt.

21  Nos. 46-1 to 46-5).  I have submitted a Declaration in support of Plaintiffs' Motion to File Under

22  Seal, Dkt. No. 59.  A redacted version of this Declaration, minus Exhibit M, will be filed

23  electronically in the public docket.  An unredacted version of this Declaration, with Exhibit M,

24  will be submitted conditionally under seal.  The redacted and unredacted versions will be

25  concurrently provided to the Court and served on Plaintiffs.

26      15.    Attached as **Exhibit N** is a true and correct copy of Virgin's Rainmaker User

27  Guide and produced by Virgin in this matter and authenticated by Richard Hendrickson in his

28  Declaration, ¶ 8.  Exhibit N is the same as Exhibit N attached to the Declaration of Nancy

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30580423.1

4

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S OPPO. TO CLASS CERT.
CASE NO. 3:15-CV-02277-JST

1  Villarreal In Support of Virgin's Motion for Summary Judgment at Dkt. No. 61-14.

2      16.    Attached as **Exhibit O** is a true and correct copy of Plaintiff Bernstein's flight
3  records for the applicable period, produced by Virgin in this matter and about which Plaintiff
4  Bernstein testified at her deposition, see Exhibit A, 250:18-253:14, authenticated by Richard
5  Hendrickson in his Declaration, ¶ 9. Exhibit O is the same as Exhibit O attached to the
6  Declaration of Nancy Villarreal In Support of Virgin's Motion for Summary Judgment at Dkt.
7  No. 61-15.

8      17.    Attached as **Exhibit P** is a true and correct copy of Plaintiff Garcia's flight records
9  for the applicable period, produced by Virgin in this matter and about which Plaintiff Garcia
10  testified and authenticated at her deposition, see Exhibit B, 233:15-236:13, and authenticated by
11  Richard Hendrickson in his Declaration, ¶ 10. Exhibit P is the same as Exhibit P attached to the
12  Declaration of Nancy Villarreal In Support of Virgin's Motion for Summary Judgment at Dkt.
13  Nos. 61-16 through 61-20.

14      18.    Attached as **Exhibit Q** is a true and correct copy of Plaintiff Smith's flight records
15  for the applicable period, produced by Virgin in this matter and about which Plaintiff Smith
16  testified and authenticated at her deposition, see Exhibit C, 206:10-207:21, and authenticated by
17  Richard Hendrickson in his Declaration, ¶ 11. Exhibit Q is the same as Exhibit Q attached to the
18  Declaration of Nancy Villarreal In Support of Virgin's Motion for Summary Judgment at Dkt.
19  Nos. 61-21 through 61-27.

20      19.    On August 17, 2016, Mr. Hendricks, counsel for Virgin in this matter, took
21  putative class member Holidais Evans-Bunch's deposition before a Certified Court Reporter. Our
22  law firm subsequently received from the court reporter a copy of Ms. Evans-Bunch's deposition
23  transcript. Attached as **Exhibit S** are true and correct copies of the portions of her deposition
24  transcript cited in Virgin's Opposition.

25      20.    On August 19, 2016, Mr. Hendricks, counsel for Virgin in this matter, took
26  putative class member Ramon Ryan's deposition before a Certified Court Reporter. Our law firm
27  subsequently received from the court reporter a copy of Mr. Ryan's deposition transcript.
28  Attached as **Exhibit T** are true and correct copies of the portions of his deposition transcript cited

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco
DB2/ 30580423.1

5

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S OPPO. TO CLASS CERT.
CASE NO. 3:15-CV-02277-JST

in Virgin's Opposition.

21. On June 10, 2016, Plaintiffs' counsel J. Erik Heath took the deposition of Virgin's corporate witness, Matthew Kliff, before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Mr. Kliff's deposition transcript. Attached as **Exhibit U** are true and correct copies of the portions of his deposition transcript cited in Virgin's Opposition.

22. On July 27, 2016, Mr. Hendricks, counsel for Virgin in this matter, took Plaintiffs' expert David Breshears' deposition before a Certified Court Reporter. Our law firm subsequently received from the court reporter a copy of Mr. Breshears' deposition transcript. Attached as **Exhibit V** are true and correct copies of the portions of his deposition transcript cited in Virgin's Opposition.

23. Attached as **Exhibit W** is a true and correct copy of relevant portions of Virgin's Playbook revised effective March 2014, which Plaintiff Garcia testified and authenticated at her deposition, see Exhibit B, 220:22-221:23. Virgin's Playbook was produced by Virgin in this matter. Exhibit W has been designated "Confidential" by Virgin pursuant to the Stipulated Protective Order on file in this action. By Plaintiffs' Administrative Motion Pursuant to Civil Local Rule 79.5(d) to File Documents Under Seal In Connection with Plaintiffs' Motion for Class Certification ("Motion to File Under Seal"), Dkt. Nos. 43-50, Plaintiffs sought to have documents, including those contained in Exhibit W filed under seal (*see* Exhibit 27 to Kosinski Decl., Dkt. No. 48-2). I submitted a Declaration in support of Plaintiffs' Motion to File Under Seal, Dkt. No. 59. A redacted version of this Declaration, minus Exhibit W, will be filed electronically in the public docket. An unredacted version of this Declaration, with Exhibit W, will be submitted conditionally under seal. The redacted and unredacted versions will be concurrently provided to the Court and served on Plaintiffs.

24. On June 23, 2016, Plaintiffs' counsel Monique Olivier sent an email to Virgin's counsel with an attachment containing a report from Plaintiffs' expert, David Breshears. Attached as **Exhibit X** is a true and correct copy of that email and Breshears' report.

25. On August 19, 2016, Virgin's counsel sent a letter to Plaintiffs' counsel containing

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 30580423.1

6

DECL. OF NANCY VILLARREAL
ISO VIRGIN'S OPPO. TO CLASS CERT.
CASE NO. 3:15-CV-02277-JST

1  Virgin's rebuttal expert reports. Attached as **Exhibit Y** is a true and correct copy of that letter and
2  Stephen Smith's Reply to the Report of Mr. David Breshears. Mr. Smith's Reply Report is dated
3  August 19, 2016 and is signed under penalty of perjury.

4      26.    On August 21, 2015, Plaintiff Julia Bernstein propounded Requests for Production
5  of Documents, Set One and Interrogatories, Set One on Virgin. Virgin responded to these
6  Requests for Production of Documents, Set One and Interrogatories, Set One on October 1, 2015.
7  On November 19, 2015, as part of its fourth document production, bates labeled VIR/BER
8  007847, Virgin produced "class" data identifying every ITM in its employ at any time from
9  March 18, 2011 through the date of production. This data was also attached as Ex. 40 and 41 to
10 the Kosinski Decl., Dkt. No. 50-23.

12     I declare under penalty of perjury under the laws of California and the United States that
13 the foregoing is true and correct.
14     Executed on this 15th day of September, 2016 in San Francisco, California.

        */s/ Nancy Villarreal*
        Nancy Villarreal

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 30580423.1
7
DECL. OF NANCY VILLARREAL
ISO VIRGIN'S OPPO. TO CLASS CERT.
CASE NO. 3:15-CV-02277-JST