| | |
|---|---|
| 1 | ROBERT JON HENDRICKS, State Bar No. 179751 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1596 |
| 3 | Tel:  +1.415.442.1000 |
| | Fax:  +1.415.442.1001 |
| 4 | rj.hendricks@morganlewis.com |
| 5 | JENNIFER A. TOMLIN, State Bar No. 261220 |
| | NANCY VILLARREAL, State Bar No. 273604 |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
| | 1400 Page Mill Road |
| 7 | Palo Alto, CA 94306 |
| | Tel:  +1.650.843.4000 |
| 8 | Fax:  +1.650.843.4001 |
| | E-Mail: jennifer.tomlin@morganlewis.com |
| 9 | nancy.villarreal@morganlewis.com |
| 10 | Attorneys for Defendant |
| | VIRGIN AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of herself and all others similarly situated, | Case No. 3:15-cv-02277 |
| Plaintiffs, | **PROOF OF SERVICE** |
| vs. | |
| VIRGIN AMERICA, INC.; and Does 1-10, inclusive; | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30596613.1

PROOF OF SERVICE
Case No. 3:15-cv-02277

## PROOF OF SERVICE

I, Monica Brennan, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105. On September 15, 2016, I served copies of the within document(s):

**DECLARATION OF NANCY VILLARREAL IN SUPPORT OF DEFENDANT VIRGIN AMERICA INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION – SUBMITTED CONDITIONALLY UNDER SEAL**

**EXHIBIT J TO DECLARATION OF NANCY VILLARREAL – SUBMITTED CONDITIONALLY UNDER SEAL**

**EXHIBIT M TO DECLARATION OF NANCY VILLARREAL – SUBMITTED CONDITIONALLY UNDER SEAL**

**EXHIBIT W TO DECLARATION OF NANCY VILLARREAL – SUBMITTED CONDITIONALLY UNDER SEAL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in sealed envelopes with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above in sealed FedEx envelopes and affixing pre-paid air bills addressed as set forth below, and causing the envelopes to be delivered to a FedEx agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Monique Olivier, Esq.<br>Duckworth Peters Lebowitz Olivier LLP<br>100 Bush Street, Suite 1800<br>San Francisco, CA 94104<br>Tel.: (415) 433-0333<br>Fax: (415) 449-6556<br>E-Mail: monique@dplolaw.com<br><br>*Attorneys for Plaintiff Julia Bernstein* | Alison Kosinski, Esq.<br>Emily Thiagaraj, Esq.<br>Kosinski + Thiagaraj, LLP<br>351 California Street, Ste. 300<br>San Francisco, CA 94104<br>Tel.: (415) 230-2860<br>Fax: (415) 723-7099<br>E-Mail: alison@ktlawsf.com<br>E-Mail: emily@ktlawsf.com<br><br>*Attorneys for Plaintiff Julia Bernstein* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30596613.1

1

PROOF OF SERVICE
Case No. 3:15-cv-02277

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 15, 2016, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

*Monica Brennan*
_____
Monica Brennan

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30596613.1

2

PROOF OF SERVICE
Case No. 3:15-cv-02277