**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333
Facsimile:   (415) 449-6556

**KOSINSKI + THIAGARAJ, LLP**
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiffs and Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | **CLASS ACTION**<br><br>**CASE NO.: 15-CV-02277-JST**<br><br>**REDACTED SUPPLEMENTAL DECLARATION OF ALISON KOSINSKI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 6, 2016<br>Time: 2:00 pm<br>Courtroom: 9, 19th Floor<br>Judge:  Hon. Jon S. Tigar |

I, Alison Kosinski, declare as follows:

1. I am a member of the State Bar of California and admitted to practice law in all the courts of the State of California and in the United States District Court for the Northern District of

- 1 -

1  California.  I am in good standing with the Bar and with this Court.  I am a partner in the law firm
2  Kosinski and Thiagaraj, LLP and am counsel for Plaintiffs and the proposed class in this action.
3      2.    The facts contained in this declaration are within my personal knowledge, and I
4  could and would testify truthfully to these facts if called to do so under oath.
5      3.    Attached as **Exhibit 42** is a true and correct copy of deposition transcript excerpts of
6  the Deposition of Valentin Estevez, dated September 15, 2016.  Valentin Estevez was designated
7  by Virgin America as a rebuttal expert.
8      4.    Attached as **Exhibit 43** is a true and correct copy of deposition transcript excerpts of
9  the Deposition of Matthew Kliff, dated June 10, 2016.  Matthew Kliff was designated by Virgin
10  America as Virgin America's Person Most Knowledgeable.  Exhibit 43 has been designated
11  "Confidential" by Virgin pursuant to the Stipulated Protective Order on file in this action and an
12  unredacted version will be submitted conditionally under seal.
13      5.    Attached as **Exhibit 44** is a true and correct copy of deposition transcript excerpts of
14  the Deposition of Julia Bernstein, dated May 13, 2016.
15      6.    Attached as **Exhibit 45** is a true and correct copy of deposition transcript excerpts of
16  the Deposition of Ramon Ryan, dated August 19, 2016.
17      7.    Attached as **Exhibit 46** is a true and correct copy of Plaintiff Esther Garcia's
18  Incident Report, bates stamped VIR/BER 9711-9714, dated May 11, 2014.  Exhibit 46
19  has been designated "Confidential" by Virgin pursuant to the Stipulated Protective Order on file in
20  this action and an unredacted version will be submitted conditionally under seal.
21      8.    Attached as **Exhibit 47** is a true and correct copy of deposition transcript excerpts of
22  the Deposition of Adam Croteau, dated August 18, 2016.
23      9.    Attached as **Exhibit 48** is a true and correct copy of deposition transcript excerpts of
24  the Deposition of William Tomlinson, dated August 19, 2016.
25      10.    Attached as **Exhibit 49** is a true and correct copy of deposition transcript excerpts of
26  the Deposition of Rich Hendrickson, dated May 11, 2016.  Rich Hendrickson was designated by
27  Virgin America as Virgin America's Person Most Knowledgeable.
28

11. Attached as **Exhibit 50** is a true and correct copy of Plaintiff Lisa Marie Smith's New Hire Letter, bates stamped VIR/BER 9093, dated August 5, 2011.

12. Attached as **Exhibit 51** is a true and correct copy of deposition transcript excerpts of the Deposition of Valerie Jenkins, dated May 23, 2016. Valerie Jenkins was designated by Virgin America as Virgin America's Person Most Knowledgeable. Exhibit 51 has been designated "Confidential" by Virgin pursuant to the Stipulated Protective Order on file in this action and an unredacted version will be submitted conditionally under seal.

13. Attached as **Exhibit 52** is a true and correct copy of deposition transcript excerpts of the Deposition of Esther Garcia, dated May 18, 2016.

14. Attached as **Exhibit 53** is a true and correct copy of Plaintiff Esther Garcia's Drug Test, bates stamped VIR/BER 9408, dated April 25, 2011. Exhibit 53 has been designated "Confidential" by Virgin pursuant to the Stipulated Protective Order on file in this action and an unredacted version will be submitted conditionally under seal.

15. Attached as **Exhibit 54** is a true and correct copy of deposition transcript excerpts of the Deposition of Lisa Marie Smith, dated June 2, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this October 6, 2016 in San Francisco, California.

/s/ *Alison Kosinski*

Alison Kosinski