# EXHIBIT 43
## (REDACTED)