# EXHIBIT 44

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
JULIA BERNSTEIN, LISA MARIE      )
SMITH, and ESTHER GARCIA, on     )
behalf of themselves and all     )
others similarly situated,       )
                                 )
            Plaintiffs,          )
                                 )
vs.                              ) Case No.
                                 ) 3:15-cv-02277
                                 )
VIRGIN AMERICA, INC.; and        )
Does 1-10, inclusive,            )
                                 )
            Defendants.          )
                                 )
_____)
```

DEPOSITION OF JULIA BERNSTEIN

May 13, 2016

JUVILYNN T. BENASFRE, CSR No. 13817
407315





BARKLEY
Court Reporters
barkley.com

| | | | |
|---|---|---|---|
| (310) 207-8000 Los Angeles | (415) 433-5777 San Francisco | (949) 955-0400 Irvine | (858) 455-5444 San Diego |
| (310) 207-8000 Century City | (408) 885-0550 San Jose | (760) 322-2240 Palm Springs | (800) 222-1231 Carlsbad |
| (916) 922-5777 Sacramento | (800) 222-1231 Martinez | (702) 366-0500 Las Vegas | (800) 222-1231 Monterey |
| (951) 686-0606 Riverside | (818) 702-0202 Woodland Hills | (702) 366-0500 Henderson | (516) 277-9494 Garden City |
| (212) 808-8500 New York City | (347) 821-4611 Brooklyn | (518) 490-1910 Albany | (914) 510-9110 White Plains |
| (312) 379-5566 Chicago | 00+1+800 222 1231 Paris | 00+1+800 222 1231 Dubai | 001+1+800 222 1231 Hong Kong |

```
 1       Q    Have you ever asked anyone at Virgin to have a
 2  duty period extended beyond the 15 minutes?
 3       A    I don't remember.
 4       Q    And during the time that you were working at
 5  Virgin, did you ever report to anyone in -- a supervisor,
 6  human resources or otherwise, that you felt your pay was
 7  inaccurate in some sort of way?
 8            MS. OLIVIER:  I'm sorry.  Can you re-read the
 9  question?
10            DEPOSITION OFFICER:  Question:  "And during the
11  time that you were working at Virgin, did you ever report
12  to anyone" -- "a supervisor" or -- in "human resources or
13  otherwise, that you felt your pay was inaccurate in some
14  sort of way?"
15            THE WITNESS:  My pay?
16  BY MR. HENDRICKS:
17       Q    Yeah.  Your compensation.
18       A    I do remember when I was on reserve, one of my
19  first trips I called a supervisor to clarify, because I
20  was shocked we were -- I can't remember.  It was like a
21  12-plus hour day, yet we were only getting paid for,
22  like, 4 or 5 hours.  But we were on duty for the whole
23  day, and I was shocked.  I didn't realize that -- I mean,
24  they probably told -- I just -- I didn't realize that we
25  were only getting paid for those few hours, and I called
```

Timestamps in left margin: 03:48 (line 5), 03:48 (line 10), 03:49 (line 15), 03:49 (line 20), 03:49 (line 25)

183

```
 1   to clarify.  And then after that, then I really
 2   understood.
 3       Q    This was during that first six-month period that
 4   you were still a reserve?
 5       A    Yeah.  Correct.
 6       Q    Do you recall the name of the supervisor that
 7   you claim that you called?
 8       A    I called -- I called, I guess, the Virgin
 9   Village.  I don't remember his name, no.
10       Q    Okay.  And specifically, do you recall what you
11   said to the supervisor?
12       A    I went over my schedule that was in my hand with
13   him, and I said, "Is this right?  Did -- my day looks
14   like this?"  And then I saw -- I can't remember the
15   terms, but I guess the duty period and then how many
16   hours were supposedly getting paid, and I said, "Is that
17   correct?" Then he said, "Yes."
18       Q    After he said that, what did you say?
19       A    I said -- I mean, I don't remember.  I probably
20   said, "Okay."
21       Q    I don't want what you probably said.  I want to
22   know if you recall what you actually said.
23       A    I don't recall what I said after that.
24       Q    Okay.  Any further discussions with that
25   supervisor or anyone else concerning that issue?
```

184

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       |  1 | day?                                                         |
|       |  2 | A   Yes.                                                     |
|       |  3 | Q   What are those things?                                   |
|       |  4 | A   Clean the airplane, redo the catering, catering          |
| 04:01 |  5 | comes on, you have to recount it. I believe that's all.      |
|       |  6 | Q   Okay. And that's assuming that you're going to           |
|       |  7 | be turning around on that same plane; correct?               |
|       |  8 | A   Correct.                                                 |
|       |  9 | Q   If it's a different plane, different equipment,          |
| 04:01 | 10 | someone else may have done those activities; correct?        |
|       | 11 | A   Right. But as soon as you go on an airplane,             |
|       | 12 | you have to redo your safety checks.                         |
|       | 13 | Q   That's right. I understand that. But I'm just            |
|       | 14 | talking about that what you would need to do with respect    |
| 04:01 | 15 | to the turn time might vary, depending upon whether          |
|       | 16 | you're using the same equipment, the same plane --           |
|       | 17 | A   Uh-huh.                                                  |
|       | 18 | Q   -- or you're using a different plane; correct?           |
|       | 19 | A   Correct.                                                 |
| 04:02 | 20 | Q   Okay. What you do during that period might also          |
|       | 21 | vary, depending upon the amount of the turn time;            |
|       | 22 | correct?                                                     |
|       | 23 | A   Correct.                                                 |
|       | 24 | Q   Have there ever been instances where you, during         |
| 04:02 | 25 | a turn time, have gone and got a cup of coffee at one of     |

192

JULIA BERNSTEIN

**BARKLEY**
Court Reporters

```
 1   the restaurants at the airport?
 2       A    I'm sure there was.
 3       Q    Ever any instances where during the turn time
 4   you've gone and had a meal, a lunch or some other meal?
 5       A    Probably not.
 6       Q    Ever -- you're not saying it's that you haven't.
 7   You're saying that you don't recall having done so?
 8       A    No.  I would say it's least likely that I was
 9   able to do that.
10       Q    Are you completely ruling it out, or are you
11   saying that you just don't recall specifically having
12   done so?
13       A    I'm saying more than likely, no.
14       Q    Okay.  Ever any instance that during the turn
15   time you've gone into the village and sat down and had a
16   snack with a colleague?
17       A    During a turn time?  It could have been.
18       Q    Now, ever any instances where you, during a turn
19   time, went to one of the local shops in the airport and
20   bought a magazine?
21       A    That's not something I would do.
22       Q    Is it fair to say that depending upon the amount
23   of turn time and the circumstances, there can be
24   instances where you're doing things completely unrelated
25   to the next flight?
```

193

JULIA BERNSTEIN

BARKLEY
Court Reporters

```
         1      A    Yes.
         2      Q    Now, ma'am, did -- oh, let me do one more, and
         3  that's the drug test pay.  Let's go to Virgin -- same
         4  Exhibit 32, page 238.
05:19    5      A    Okay.
         6      Q    Here, in this pay statement -- this is for pay
         7  date 11/15/2011 -- there's drug test pay indicated;
         8  correct?
         9      A    Yes.
05:19   10      Q    And the rate indicated for that is $24; correct?
        11      A    The rate -- pay rate is 24 -- yes.
        12      Q    And the hours credit that's indicated here is a
        13  half an hour; right?
        14      A    Yes.
05:19   15      Q    So you were paid $12 for this -- participating
        16  in this drug test; correct?
        17      A    Yes.
        18      Q    Now, do you recall this particular drug test
        19  that you took?
05:19   20      A    No.
        21      Q    Do you recall the day that you took it?
        22      A    No.
        23      Q    Do you recall how much time it took for you to
        24  take the drug test?
05:20   25      A    No.
```

239

```
         1       Q    Okay.
         2       A    But I know it would be more than 30 minutes.
         3       Q    Do you have any documents indicating how long it
         4   would take, ma'am?
05:20    5       A    No, I don't.
         6       Q    Do you have any documents that would record, in
         7   fact, how long it took?
         8       A    No.
         9       Q    Do you recall where you took the test at?
05:20   10       A    I know there -- where the locations were for the
        11   places I did take tests.
        12       Q    Okay.  Do you recall this particular location?
        13       A    No, I don't.
        14       Q    Okay.  And -- and you don't have any written
05:20   15   record of it, and you have no specific recollection of
        16   it.  Do you have any -- any documentation that would
        17   reflect approximately how long this test took on that
        18   day?
        19       A    No.
05:21   20       Q    The drug testing -- was it a urinalysis test?
        21       A    Yes.
        22       Q    So you have to provide a sample; is that
        23   correct?
        24       A    Yes.
05:21   25       Q    And you weren't waiting around for the test
```

240

JULIA BERNSTEIN

**BARKLEY**
Court Reporters

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA    )
                            ) ss.
 3   COUNTY OF SAN FRANCISCO )
 4
 5
 6          I, Juvilynn T. Benasfre, hereby certify:
 7          I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 13817 issued by the Certified Court
10   Reporters' Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12          I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a)(a)).
17          I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22          I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                           / / /
```

283

JULIA BERNSTEIN

**BARKLEY**
*Court Reporters*

1    of the testimony given by the witness.  (Fed. R. Civ. P.
2    30(f)(1)).
3         Before completion of the deposition, review of
4    the transcript [XX] was [  ] was not requested.  If
5    requested, any changes made by the deponent (and
6    provided to the reporter) during the period allowed, are
7    appended hereto.  (Fed. R. Civ. P. 30(e)).

9    Dated: May 19,2016

13   _____