# EXHIBIT 45

Case 4:15-cv-02277-JST   Document 84-6   Filed 10/06/16   Page 2 of 5

JULIA BERNSTEIN, ET AL. vs. VIRGIN AMERICA, INC., ET AL.
Ramon Ryan on 08/19/2016

```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA


JULIA BERNSTEIN, LISA MARIE    )
SMITH, and ESTHER GARCIA, on   )
behalf of herself and all      )
others similarly situated,     )
                               )
                               )
              Plaintiffs,      )
vs.                            ) CASE NO.
                               ) 3:15-cv-002277-JST
VIRGIN AMERICA, INC.; and DOES )
1-10, inclusive,               )
                               )
                               )
              Defendant.       )



              VIDEOTAPED DEPOSITION OF

                    RAMON RYAN

         Taken on Behalf of the Defendant

                 August 19, 2016







                   HUSEBY, INC.
             Court Reporting Services
          207 Washington Square Building
             214 Second Avenue North
            Nashville, Tennessee 37201
                 (615) 256-1935
```

Case 4:15-cv-02277-JST   Document 84-6   Filed 10/06/16   Page 3 of 5

JULIA BERNSTEIN, ET AL. vs. VIRGIN AMERICA, INC., ET AL.
Ramon Ryan on 08/19/2016                                    Page 85

```
 1   therefore, the longer you wait for a drug test to
 2   take place, the more time, if you're on drugs, you
 3   have for the drugs to work through your system,
 4   correct?
 5   A.      Correct.
 6   Q.      So you're told with respect to drug
 7   testing that you're expected to promptly and
 8   immediately go to the test site; is that right?
 9   A.      That's right.
10   Q.      Because time is of the essence, correct?
11   A.      Correct.
12   Q.      Okay.  So do you know how long it -- on
13   any of these instances, how long it took you to
14   get, from the time that you were notified of the
15   drug test, to the testing facility and complete
16   the test?
17   A.      It usually took between one to two hours.
18   Q.      Well, let me just -- let me just walk
19   you -- walk you through that.
20           How long -- how long did it take you to
21   get from SFO, whichever gate you landed in, to the
22   actual facility itself?  And I want to talk about
23   a specific instance, not an average at this point
24   in time.  Is there any specific instance that you
25   can recall that's distinct in your mind?
```

Case 4:15-cv-02277-JST   Document 84-6   Filed 10/06/16   Page 4 of 5

JULIA BERNSTEIN, ET AL. vs. VIRGIN AMERICA, INC., ET AL.
Ramon Ryan on 08/19/2016                                    Page 120

```
 1  computer system?
 2  A.      Probably the majority of reports I did.
 3  Q.      Okay.  And would you ever use your phone
 4  to record some of the information that you were
 5  later going to put into a report or would you
 6  always do it by hand?
 7  A.      I always did it by hand.
 8  Q.      By hand.
 9          And then would you -- what computer would
10  you use, actually?  Would it be in the Village,
11  that you would use the computer in the Village to
12  input the information into the computer?
13  A.      It would be my laptop in my layover hotel
14  or at home.
15  Q.      Did you ever complete the submission of a
16  report during a turn?
17  A.      Not that I can recall.
18  Q.      And by that, do you mean that you may
19  have, you just don't recall one way or the other?
20  A.      Yes.
21  Q.      And the bulk -- the bulk of the report --
22  I mean, some of the facts of the report -- of the
23  incident report would include the date, your name,
24  and the nature of the incident, but the bulk of
25  the report would be a description of what
```

Case 4:15-cv-02277-JST   Document 84-6   Filed 10/06/16   Page 5 of 5

JULIA BERNSTEIN, ET AL. vs. VIRGIN AMERICA, INC., ET AL.
Ramon Ryan on 08/19/2016                                    Page 146

```
 1                 REPORTER'S CERTIFICATE
 2              I certify that the witness in the
 3  foregoing deposition, RAMON RYAN, was by me duly
 4  sworn to testify in the within entitled cause;
 5  that the said deposition was taken at the time and
 6  place therein named; that the testimony of said
 7  witness was reported by me, a Shorthand Reporter
 8  and Notary Public of the State of Tennessee
 9  authorized to administer oaths and affirmations,
10  and said testimony, pages 1 through 145, was
11  thereafter transcribed to typewriting.
12              I further certify that I am not of
13  counsel or attorney for either or any of the
14  parties to said deposition, nor in any way
15  interested in the outcome of the cause named in
16  said deposition.
17              IN WITNESS WHEREOF, I have hereunto
18  set my hand on August 19, 2016.
19
20
21     Gary Schneider, RPR, RMR, CRR, LCR No 676
22  My commission expires:  1/9/2018
23
24
25
```