# EXHIBIT 46
## (REDACTED)