# EXHIBIT 47

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 3:15-CV-02277-JST

JULIA BERNSTEIN, et al.

    Plaintiffs,

v.

VIRGIN AMERICA, INC., et al.

    Defendants.

_____/

| | |
|---|---|
| DEPOSITION OF: | ADAM CROTEAU |
| DATE: | THURSDAY, AUGUST 18, 2016 |
| TIME: | 10:10 A.M. - 3:27 P.M. |
| TAKEN BY: | THE DEFENDANT |
| PLACE: | ORANGE LEGAL<br>633 EAST COLONIAL DRIVE<br>ORLANDO, FLORIDA 32803 |
| STENOGRAPHICALLY REPORTED BY: | EVELYN RONDON<br>412525 |

BARKLEY
Court Reporters
barkley.com
SINCE 1972

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose         (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez         (702) 366-0500 Las Vegas       (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson       (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn         (518) 490-1910 Albany          (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

1  Q.    Okay.  I'm just trying to set -- because I know
2  the objection will be when you're on duty for Virgin
3  America.  So you were expected to be there an hour before
4  your departure?
5  A.    Yes.
6  Q.    And that is when you were considered working for
7  Virgin America --
8  A.    Yes.
9  Q.    -- starting that hour beforehand?
10 A.    Yes.
11 Q.    And then you would fly one or two or three flights
12 during that day?
13 A.    Or four or five, yes.
14 Q.    And then you would be released 15 minutes after
15 the block in of the last flight?
16 A.    Yes.
17 Q.    So from report through release, you were
18 considered to be on duty?
19 A.    Yes.
20 Q.    Okay.  Did you ever use your telephone while you
21 were on duty at Virgin America?
22       MS. THIAGARAJ:  Objection.  Vague as to used.
23 BY MR. KILLEEN:
24 Q.    Did you ever make a phone call using your phone
25 while on duty at Virgin America?

1   Q.   Okay.  As I drink from my soda.  So I believe
2  Paragraph 14 of your declaration, you said you did
3  approximately two incident reports each month you were at
4  Virgin?
5   A.   Yes.
6   Q.   So I presume then you wouldn't be -- did you work
7  more than two flights a month while you were at Virgin?
8   A.   Yes.
9   Q.   So that report would be something reportable
10 happened during that flight?
11  A.   Well, it depends.  Some months you wrote more.
12 Some months you wrote less.  So it --
13  Q.   Were there months where you wrote zero?
14  A.   No.
15  Q.   So less than -- so it could only be one?  You
16 always did at least one a month?
17  A.   Probably.  Yes.
18  Q.   Okay.  And you said it took you at least 20
19 minutes to write and submit an incident report?
20  A.   On average, yes.
21  Q.   Okay.  And that you would draft and submit the
22 reports from your home after work or a hotel during a
23 layover?
24  A.   Yes.
25  Q.   And the Virgin policy was that the incident report

164

```
 1  had to be submitted within 24 hours of the incident?
 2      A.    Of the -- no.  24 hours of the ending of the
 3  pairing.
 4      Q.    So if the incident happened in the first flight of
 5  a pairing, you just had to get it in within 24 hours of the
 6  end of that pairing?
 7      A.    Yes.
 8      Q.    So could you fill out the incident report on the
 9  turn during that pairing?
10      A.    No.
11      Q.    Why not?
12      A.    Don't have access -- don't have access to the
13  internet.  Can't be in uniform.  Use electronic devices in
14  uniform in view of the public.
15      Q.    We -- I'm sorry.  Continue if you were --
16      A.    Well, you said turn.  So in a turn I wouldn't have
17  access to all that stuff because it's short-turn, and I'm
18  deplaning, getting everybody off, which I can't do until
19  everybody's off and the airplane's clean and you're boarding
20  for the next flight.  So there'd be guests on board during
21  that time as well, which you can't use your electronics
22  while you're performing safety related duties, so no, I
23  would not be able to write a report during a turn.
24      Q.    Ground time?  Between flights?
25      A.    Depends on the airport.
```

165

ADAM CROTEAU



1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA:

4    COUNTY OF ORANGE:

5

6       I, Evelyn Rondon, Shorthand Reporter and Notary Public,

7    State of Florida, certify that ADAM CROTEAU personally

8    appeared before me on this 18th of August 2016 and was duly

9    sworn.

10      WITNESS my hand and official seal this 26th day of August

11   2016.

12

13

14

15

                *Evelyn Rondon*
16      _____
        Evelyn Rondon
17      Notary Public, State of Florida
        My Commission No.: FF203863
18      Expires: February 25, 2019

19

20   Personally known _____
     OR Produced Identification __X____
21   Type of Identification Produced _Driver's license__

22

23

24

25

1         CERTIFICATE OF REPORTER

2    STATE OF FLORIDA:

3    COUNTY OF ORANGE:

4

5       I, Evelyn Rondon, Notary Public, State of Florida,

6    certify that I was authorized to and did stenographically

7    report the deposition of ADAM CROTEAU; that a review of the

8    transcript was requested; and that the foregoing transcript,

9    pages 6 through 201, is a true and accurate record of my

10   stenographic notes.

11      I further certify that I am not a relative, employee, or

12   attorney, or counsel of any of the parties, nor am I a

13   relative or employee of any of the parties' attorneys or

14   counsel connected with the action, nor am I financially

15   interested in the action.

16

17      DATED this 26th day of August 2016.

18

19                    *Evelyn Rondon*

20        _____
          Evelyn Rondon

21

22

23

24

25