# EXHIBIT 49

```
 1            You may answer.
 2            THE WITNESS:  I'm not certain, but I believe
 3   it's the InFlight department.
 4   BY MS. KOSINSKI:
 5       Q    Do you know if there is a position within the
 6   InFlight department that is specifically responsible for
 7   the work rules?
 8       A    I do not.
 9            MR. HENDRICKS:  I was distracted.  The question,
10   belatedly, was vague and ambiguous.  But that's fine.
11   BY MS. KOSINSKI:
12       Q    When you say you do not, is it you do not know
13   if there is a person who may be responsible for the work
14   rules, or there is not a person who's responsible for the
15   work rules?
16            MR. HENDRICKS:  Vague and ambiguous with respect
17   to the phrase "responsible for the work rules."  Asked
18   and answered.
19            You may answer.
20            THE WITNESS:  I don't know exactly who is
21   responsible.
22   BY MS. KOSINSKI:
23       Q    Do these work rules apply to all current ITMs at
24   Virgin America?
25       A    Yes, I believe so.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
JULIA BERNSTEIN, LISA MARIE      )
SMITH, and ESTHER GARCIA, on     )
behalf of themselves and all     )
others similarly situated,       )
                                 )
            Plaintiffs,          )
                                 )
vs.                              ) Case No.
                                 ) 3:15-cv-02277
                                 )
VIRGIN AMERICA, INC.; and        )
Does 1-10, inclusive,            )
                                 )
            Defendants.          )
                                 )
_____)
```

VIDEOTAPED DEPOSITION OF RICH HENDRICKSON, taken on behalf of the Plaintiffs, at Ducksworth Peters Lebowitz Olivier LLP, 100 Bush Street, Suite 1800, San Francisco, California 94104, commencing at 9:39 a.m., Wednesday, May 11th, 2016, before JUVILYNN T. BENASFRE, Certified Shorthand Reporter No. 13817.

```
 1              DEPOSITION OFFICER'S CERTIFICATE

 2   STATE OF CALIFORNIA      )
                              ) ss.
 3   COUNTY OF SAN FRANCISCO  )

 4

 5

 6           I, JUVILYNN T. BENASFRE, hereby certify:

 7           I am a duly qualified Certified Shorthand

 8   Reporter in the State of California, holder of

 9   Certificate Number 13817 issued by the Court Reporters

10   Board of California and which is in full force and

11   effect.  (Fed. R. Civ. P. 28(a)).

12           I am authorized to administer oaths or

13   affirmations pursuant to California Code of Civil

14   Procedure, Section 2093(b) and prior to being examined,

15   the witness was first duly sworn by me.  (Fed. R. Civ. P.

16   28(a), 30(f)(1)).

17           I am not a relative or employee or attorney or

18   counsel of any of the parties, nor am I a relative or

19   employee of such attorney or counsel, nor am I

20   financially interested in this action.  (Fed. R. Civ. P.

21   28).

22           I am the deposition officer that

23   stenographically recorded the testimony in the foregoing

24   deposition and the foregoing transcript is a true record

25   of the testimony given by the witness.  (Fed. R. Civ. P.
```

```
 1   30(f)(1)).
 2            Before the completion of the deposition, review
 3   of the transcript [ X ] was [  ] was not requested.  If
 4   requested, any changes made by the deponent (and provided
 5   to the reporter) during the period allowed, are appended
 6   hereto.  (Fed. R. Civ. P. 30(e)).
 7
 8   Dated: May 18, 2016.
 9
10
11                                      _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```