# EXHIBIT 50

08/05/11

PRIVATE & CONFIDENTIAL

Lisa Marie Smith
4634 95th NE
Bellevue, Washington 98004

Dear Lisa Marie,

Congratulations on your transfer to the position of In Flight Team Member with Virgin America effective Aug. 22nd, 2011, contingent upon completion of a satisfactory drug screening. Below you'll find the terms of your new position.

Position
Effective Aug. 22nd, you will be transferred to In Flight Team Member for the Company. This is a full-time, non-exempt position, to be based at our headquarters location near the San Francisco International Airport. You will report to John Stout, In Flight Base Manager.

Compensation
Your compensation during training will be $1,400 per month to be paid as a flat rate amount for the time you are in training. After you have successfully completed all training, you will be paid on an hourly basis at the increased rate of $25.00 per hour.

Your accrual for vacation and personal days, as well as Holiday schedule, will change effective your transfer date. Beginning April 25th, your accrual rate will change to 15 days/45.5 hours (3.5 hours = 1 day) of vacation pay per year of employment (based on your original hired date). You will accrue 2 Personal days per year of employment (3.5 hours = 1 day). Any accrued an unused vacation that you had as a GST will be converted to the crew equivalent.

The In-Flight team observes the following Holidays: Thanksgiving, Christmas Day, and New Years Day. If you work on any of those holidays, you will receive 1.5 times your block hours worked on that Holiday. If an observed Holiday falls on a day in which you are not working, Holiday pay will not be received.
All current team members who transfer in are placed at the top of the seniority list for that class.

Thank you for your hard work, enthusiasm, and many contributions you have made during your tenure at Virgin America. We wish you the best of luck as you take on your new responsibilities. Congratulations again and we wish you continued success.

Sincerely,


Frances Fiorillo
Senior Vice President of People & In-Flight

VIR/BER 009093