# EXHIBIT 51
## (REDACTED)