# EXHIBIT 52

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

JULIA BERNSTEIN, on behalf of
herself and all others
similarly situated,

    Plaintiffs,

    vs.                              No. 15-cv-02277-JST

VIRGIN AMERICA, INC., and Does
1-10, inclusive,

    Defendants.
_____/

<u>DEPOSITION OF ESTHER GARCIA</u>

May 18, 2016

CONNIE MARTIN DUNNE, RPR, CSR No. 6245
407316




**BARKLEY**
*Court Reporters*
barkley.com

| | | | |
|---|---|---|---|
| (310) 207-8000 Los Angeles | (415) 433-5777 San Francisco | (949) 955-0400 Irvine | (858) 455-5444 San Diego |
| (310) 207-8000 Century City | (408) 885-0550 San Jose | (760) 322-2240 Palm Springs | (800) 222-1231 Carlsbad |
| (916) 922-5777 Sacramento | (800) 222-1231 Martinez | (702) 366-0500 Las Vegas | (800) 222-1231 Monterey |
| (951) 686-0606 Riverside | (818) 702-0202 Woodland Hills | (702) 366-0500 Henderson | (516) 277-9494 Garden City |
| (212) 808-8500 New York City | (347) 821-4611 Brooklyn | (518) 490-1910 Albany | (914) 510-9110 White Plains |
| (312) 379-5566 Chicago | 00+1+800 222 1231 Paris | 00+1+800 222 1231 Dubai | 001+1+800 222 1231 Hong Kong |

Case 4:15-cv-02277-JST   Document 84-13   Filed 10/06/16   Page 3 of 6

| | | |
|---|---|---|
| 17:59 | 1 | duties, especially those safety-sensitive duties, is |
| 17:59 | 2 | you're always expected to be kind of on; is that right? |
| 17:59 | 3 |     A.   Yes. |
| 17:59 | 4 |     Q.   Okay.  Notwithstanding that and the fact that |
| 17:59 | 5 | just you're on, have you been able to take -- for |
| 17:59 | 6 | example, a trip that's from California to New York -- a |
| 17:59 | 7 | 10-minute period of time to just relax and not do |
| 17:59 | 8 | anything specific except maybe observe? |
| 17:59 | 9 |     MS. THIAGARAJ:  Objection.  Misstates |
| 17:59 | 10 | testimony.  Vague as to "relax." |
| 17:59 | 11 |     THE WITNESS:  I couldn't say that I can |
| 17:59 | 12 | remember a time where I took ten minutes to sit down |
| 17:59 | 13 | uninterrupted. |
| 17:59 | 14 | BY MR. HENDRICKS: |
| 17:59 | 15 |     Q.   Have you -- have you -- have you -- did you |
| 17:59 | 16 | ever take any steps amongst your -- the crew, the other |
| 17:59 | 17 | flight attendants that you work with on the flight, to |
| 17:59 | 18 | try to, amongst yourself, say, Okay, hey, Garcia, this |
| 17:59 | 19 | is -- you take ten minutes now, and, Suzy, you'll take |
| 18:00 | 20 | it later, and -- and, Billy, you'll take it a little bit |
| 18:00 | 21 | later, over the course of this -- this flight? |
| 18:00 | 22 |     A.   Not that I can recall. |
| 18:00 | 23 |     Q.   Any reason why you didn't do that, coordinate |
| 18:00 | 24 | amongst yourselves and say, Hey, I'm just going to sit |
| 18:00 | 25 | down for about ten, and then once I'm done you could do |

275

ESTHER GARCIA

BARKLEY Court Reporters

```
18:00   1   it, then once you're done the other person can do it?
18:00   2        A.   That wasn't a general practice for Virgin
18:00   3   America.
18:00   4        Q.   At least in your experience that was not the
18:00   5   case; correct?
18:00   6        A.   Correct.
18:00   7        Q.   Okay.  Has any flight attendant come to you
18:00   8   while working a flight with you and suggested that you
18:00   9   coordinate in that sort of way?
18:00  10        A.   Not that I can recall.
18:00  11        Q.   You're not saying it didn't happen; you're
18:00  12   simply saying you don't recall it happening; is that
18:00  13   right?
18:00  14        A.   Yes.
18:00  15        Q.   Okay.  How about eating on -- on these
18:00  16   flights.
18:00  17             Again, I know that you -- you probably had
18:00  18   some flights -- because you did have some flights within
18:00  19   California; correct?
18:00  20        A.   Yes.
18:00  21        Q.   Where you'd go from, like, LA to
18:00  22   San Francisco?
18:00  23        A.   Yes.
18:00  24        Q.   And those are pretty short flights; right?
18:00  25        A.   Yes.
```

276

```
 1            DEPOSITION OFFICER'S CERTIFICATE
 2  STATE OF CALIFORNIA      )
                             ) ss.
 3  COUNTY OF CONTRA COSTA   )
 4
 5
 6            I, Connie Martin Dunne, Hereby certify:
 7            I am a duly qualified Certified Shorthand
 8  Reporter in the State of California, holder of
 9  Certificate Number CSR 6245 issued by the Court
10  Reporters Board of California and which is in full force
11  and effect.  (Fed. R. Civ. P. 28(a)).
12            I am authorized to administer oaths or
13  affirmations pursuant to California Code of Civil
14  Procedure, Section 2093(b) and prior to being examined,
15  the witness was first duly sworn by me.  (Fed. R. Civ.
16  P. 28(a), 30(f)(1)).
17            I am not a relative or employee or attorney
18  or counsel of any of the parties, nor am I a relative or
19  employee of such attorney or counsel, nor am I
20  financially interested in this action.  (Fed. R. Civ. P.
21  28).
22            I am the deposition officer that
23  stenographically recorded the testimony in the foregoing
24  deposition and the foregoing transcript is a true record
25  of the testimony given by the witness.  (Fed. R. Civ. P.
```

311

ESTHER GARCIA

**BARKLEY**
Court Reporters

```
 1   30(f)(1)).
 2              Before completion of the deposition, review
 3   of the transcript [ ] was [XX] was not requested.  If
 4   requested, any changes made by the deponent (and
 5   provided to the reporter) during the period allowed, are
 6   appended hereto.  (Fed. R. Civ. P. 38(e)).
 7   Dated: May 26, 2016
 8
 9
10
11
12                          [signature: CMDunne]
13         _____
                CONNIE MARTIN DUNNE, RPR
14              CSR No. 6245
15
```

312

ESTHER GARCIA

BARKLEY
Court Reporters