# EXHIBIT 53
## (REDACTED)