# EXHIBIT 54

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. ) 3:15-cv-02277 ) |
| vs. | ) ) |
| VIRGIN AMERICA, INC.; and Does 1-10, inclusive, | ) ) ) |
| Defendants. | ) ) |

DEPOSITION OF LISA MARIE SMITH

JUNE 2, 2016

BALINDA DUNLAP, CSR No. 10710
407318

BARKLEY
Court Reporters
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles     (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez        (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn        (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1                  personnel waiting for the plane when
 2                  it lands?)
 3           THE WITNESS:  Yes, I am aware that there
 4   are those times.
 5      Q.   BY MR. HENDRICKS:  Okay, in connection
 6   with those times, sometimes it is important to have
 7   information regarding the event and circumstances
 8   leading up to requesting those law enforcement or
 9   emergency services personnel to be available,
10   right?
11      A.   There isn't -- for one thing, I cannot
12   write it on the plane because it has to be done at
13   a computer.  We are not allowed to use those while
14   we are flying.  And the other is even if I was, it
15   is very time-consuming.  There is no time to do
16   that, especially if you have a situation, medical
17   or somebody that needs to be taken away by a
18   police, there's no time for that.  Even if I --
19   even if they allowed us to do that.
20      Q.   Well, let me just walk through that for a
21   moment.  There's no rule that would prohibit you
22   from if you had a piece of paper and a pen from
23   initially jotting down information that would later
24   be transcribed into an electronic report, correct?
25           MS. OLIVIER:  Objection; lacks foundation,
```

183

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA    )
                            ) ss.
 3   COUNTY OF SAN FRANCISCO )
 4
 5
 6         I, BALINDA DUNLAP , hereby certify:
 7         I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 10710 issued by the Court
10   Reporters Board of California and which is in full force
11   and effect.  (Fed. R. Civ. P. 28(a)).
12         I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a), 30(f)(1)).
17         I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22         I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                          / / /
```

```
 1    of the testimony given by the witness.  (Fed. R. Civ. P.
 2    30(f)(1)).
 3            Before completion of the deposition, review of
 4    the transcript [XX] was [  ] was not requested.  If
 5    requested, any changes made by the deponent (and
 6    provided to the reporter) during the period allowed, are
 7    appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9    Dated: JUNE 7, 2016
10
11
12                              /s/ B. Dunlap
13                              _____
14
15
16
17
18
19
20
21
22
23
24
25
```

270

LISA MARIE SMITH

BARKLEY
Court Reporters