**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

**KOSINSKI + THIAGARAJ, LLP**
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Putative Class

*Additional Counsel on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT VIRGIN AMERICA INC.'S MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER THEREON** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30868633.1

1

JOINT STIPULATION REGARDING
CONTINUED HEARING ON MSJ; [~~PROPOSED~~]
ORDER THEREON
CASE NO. 15-CV-02277-JST

1  ROBERT JON HENDRICKS, State Bar No. 179751
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1596
3  Tel:   +1.415.442.1000
   Fax:   +1.415.442.1001
4  E-mail: rj.hendricks@morganlewis.com

5  NANCY VILLARREAL, State Bar No. 273604
   MORGAN, LEWIS & BOCKIUS LLP
6  1400 Page Mill Road
   Palo Alto, CA 94304
7  Tel:   +1.650.843.4000
   Fax:   +1.650.843.4001
8  E-Mail: nancy.villarreal@morganlewis.com

9  Attorneys for Defendant
   VIRGIN AMERICA INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30868633.1

2

JOINT STIPULATION REGARDING
CONTINUED HEARING ON MSJ; [PROPOSED]
ORDER THEREON
CASE NO. 15-CV-02277-JST

**STIPULATION**

Plaintiffs Julia Bernstein, *et al*. ("Plaintiffs") and Defendant Virgin America Inc. ("Defendant") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS the hearing on Defendant's Motion for Summary Judgment is currently set to be heard December 1, 2016 at 2:00 p.m.

WHEREAS lead counsel for Defendant is battling the flu and does not feel that he will be sufficiently well to participate in the hearing;

WHEREAS the first date the Parties are jointly available is December 9, 2016;

WHEREAS the Parties are also available December 13, 2016 and understand that, if set for this date, the hearing may take place in Oakland.  Defendant is unavailable on December 5-6; Plaintiffs are unavailable December 7, 8, 12 and December 14, 2016 to December 20, 2016.

NOW, THEREFORE, based on the foregoing, the Parties hereby stipulate, subject to the approval of the Court, to continue the hearing on Defendant's Motion for Summary Judgment from December 1, 2016 to December 9, 2016 at 2:00 p.m., or as soon thereafter as the matter may be heard.

Dated:  November 30, 2016            DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

                                     By: */s/ Monique Olivier*
                                         Monique Olivier
                                         Attorneys for Plaintiffs

Dated:  November 30, 2016            MORGAN LEWIS & BOCKIUS

                                     By:*/s/ Robert Jon Hendricks*
                                         Robert Jon Hendricks
                                         Nancy Villarreal
                                         Attorneys for Defendant

*I, Robert Jon Hendricks, attest that Monique Olivier has concurred in the filing of this document.   (L.R. 5-1(i).)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30868633.1

3

JOINT STIPULATION REGARDING CONTINUED HEARING ON MSJ; [PROPOSED] ORDER THEREON
CASE NO. 15-CV-02277-JST

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, and good cause appearing, the new hearing date on Defendant Virgin America Inc.'s Motion for Summary Judgment is ~~December 9, 2016 at 2:00 p.m., or~~ December 13, 2016 at 2:00pm, ~~in Courtroom 2, 4th Floor, of the Oakland Courthouse located at 1301 Clay Street Oakland, CA 94612.~~ in Courtroom 15, 18th Floor of the San Francisco Courthouse.

**IT IS SO ORDERED.**

DATED: December 1, 2016

Hon. Jon S. Tigar
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 30868633.1

4

JOINT STIPULATION REGARDING
CONTINUED HEARING ON MSJ; [~~PROPOSED~~]
ORDER THEREON
CASE NO. 15-CV-02277-JST