DUCKWORTH PETERS
LEBOWITZ OLIVIER LLP
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 433-0333

KOSINSKI + THIAGARAJ, LLP
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860

Attorneys for Plaintiffs and the Class

ROBERT JON HENDRICKS, State Bar No. 179751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000

Attorneys for Defendant
VIRGIN AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 4:15-cv-02277-JST<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO FEBRUARY 15, 2017; [PROPOSED] ORDER**<br><br>Assigned to Hon. Jon S. Tigar |

**STIPULATION**

Plaintiffs Julia Bernstein, et al. ("Plaintiffs") and Defendant Virgin America, Inc. ("Defendant")(collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS the Court has set a Case Management Conference for February 8, 2017 at 2:00 p.m.;

WHEREAS counsel for Plaintiffs and the Class has a hearing on another matter in the Northern District on February 8, 2017 at 2:00 p.m., which was scheduled several months ago;

NOW, THEREFORE, due to the above, the Parties respectfully request that the Court continue the Case Management Conference one week until February 15, 2017 at 2:00 p.m.  Per the local rules, the Parties will submit a Joint Case Management Conference Statement one week prior to the Conference.

Dated:  January 10, 2017        DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

                                By: */s/ Monique Olivier*
                                    Monique Olivier
                                    Attorneys for Plaintiffs

DATED:  JANUARY 10, 2017        MORGAN, LEWIS & BOCKIUS LLP

                                By: */s/ Robert Jon Hendricks**
                                    Robert Jon Hendricks
                                    Attorneys for Defendant

*I, Monique Olivier, attest that Robert Jon Hendricks has concurred in the filing of this document.  (L.R. 5-1(i).)

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and GOOD CAUSE appearing, the Case Management Conference is continued to February 15, 2017 at 2:00 p.m.

Dated:  January 11, 2017

_____
Jon S. Tigar
United States District Court Judge