DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

KOSINSKI + THIAGARAJ, LLP
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Putative Class

*Additional Counsel on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**JOINT STIPULATION; [PROPOSED] ORDER THEREON**<br><br>Trial Date: May 14, 2018 |

1  ROBERT JON HENDRICKS, State Bar No. 179751
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1596
3  Tel:     +1.415.442.1000
   Fax:    +1.415.442.1001
4  E-mail: rj.hendricks@morganlewis.com

5  NANCY VILLARREAL, State Bar No. 273604
   MORGAN, LEWIS & BOCKIUS LLP
6  1400 Page Mill Road
   Palo Alto, CA 94304
7  Tel:     +1.650.843.4000
   Fax:    +1.650.843.4001
8  E-Mail: nancy.villarreal@morganlewis.com

9  Attorneys for Defendant
   VIRGIN AMERICA INC.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION
CASE NO. 15-CV-02277-JST

# STIPULATION

Plaintiffs Julia Bernstein, *et al*. ("Plaintiffs") and Defendant Virgin America Inc. ("Defendant") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, Plaintiffs have advanced meal period and rest break claims;

WHEREAS, Defendant represents that it has sought cell phone records and credit card statements from Plaintiffs and absent class members to demonstrate that class members are generally able to engage in non-work activities at some point during their duty period, such as making personal calls, sending personal text messages, and buying and/or eating snacks or meals for periods of time up to and exceeding thirty minutes;

WHEREAS, Plaintiffs have objected to responding to Defendant's discovery requests on the grounds that Plaintiffs' meal period and rest break claims are solely predicated on Plaintiffs' claim that Defendant has a policy requiring InFlight Team Members ("ITMs") to remain on duty throughout their duty period (and thus were not relieved of "all duty" for any meal periods and rest breaks they were able to take), which is measured from one hour before the scheduled block out of their first scheduled flight of the day until fifteen minutes after the block in of their last scheduled flight of the day;

NOW, THEREFORE, based on the foregoing, the parties hereby stipulate that ITMs are at times able to engage in non-work activities at some point during their duty periods, such as making personal calls, sending personal text messages, and buying and/or eating snacks or meals.

Dated: June 28, 2017     DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*
    Monique Olivier
    Attorneys for Plaintiffs

Dated: June 28, 2017     MORGAN LEWIS & BOCKIUS

By:*/s/RJ Hendricks*
    Robert Jon Hendricks
    Nancy Villarreal
    Attorneys for Defendant

*I, Robert Jon Hendricks, attest that Monique Olivier has concurred in the filing of this document. (L.R. 5-1(i).)

# ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, it is hereby ordered that the Parties' Joint Stipulation is hereby adopted and entered as an Order of this Court.

**IT IS SO ORDERED.**

DATED: June 29, 2017

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION
CASE NO. 15-CV-02277-JST