**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
Monique Olivier (SBN 190385)
monique@dplolaw.com
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

**KOSINSKI + THIAGARAJ, LLP**
Alison Kosinski (SBN 261676)
alison@ktlawsf.com
Emily Thiagaraj (SBN 284634)
emily@ktlawsf.com
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiff and the Class

*Additional counsel on following page*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | **CASE NO.:** 15-CV-02277-JST<br><br>**JOINT STIPULATION TO CONTINUE CERTAIN DEADLINES PURSUANT TO LOCAL RULE 6-2;** [PROPOSED] **ORDER** |

---

**JOINT STIPULATION TO CONTINUE CERTAIN DEADLINES**　　　　　　　　　　　　　**15-CV-02277-JST**

| | |
|---|---|
| 1 | ROBERT JON HENDRICKS, State Bar No. 179751 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1596 |
| | Tel: +1.415.442.1000 |
| 4 | Fax: +1.415.442.1001 |
| | Email: rhendricks@morganlewis.com |

NANCY VILLARREAL, State Bar No. 273604
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
Email: nancy.villarreal@morganlewis.com

*Attorneys for Defendant*
*VIRGIN AMERICA INC.*

JAMES E. MILLER (SBN 262553)
jmiller@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367

KOLIN C. TANG (SBN 279834)
CHIHARU G. SEKINO (SBN 306589)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367

JAMES C. SHAH (SBN 260435)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367

*Attorneys for Plaintiff and the Class*

**JOINT STIPULATION TO CONTINUE CERTAIN DEADLINES**  15-CV-02277-JST

**STIPULATION**

Plaintiffs Julia Bernstein, et al. ("Plaintiffs") and Defendant Virgin America, Inc. ("Defendant") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

1. The current scheduling order sets the following deadlines:

   | | |
   |---|---|
   | September 22, 2017 | Fact Discovery Cutoff |
   | October 13, 2017 | Expert Reports |
   | November 3, 2017 | Expert Rebuttal Reports |
   | November 17, 2017 | Expert Discovery Cutoff |
   | December 8, 2017 | Dispositive Motion Cutoff |

2. On August 18, 2017, Plaintiffs served Virgin with document requests and interrogatories. On September 18, 2017, Virgin provided responses to the document requests stating that it "expects to complete its search within 30 days of this response." In addition, several of Virgin's interrogatory responses did not provide a response and instead stated that "a meet and confer between the parties is required."

3. Virgin responded to Plaintiffs' documents requests consistent with FRCP Rule 34(b)(2)(B), which provides that a party's production may be completed "no later than the time for inspection specified in the request *or* another reasonable time specified in the response."

4. On August 21, 2017, Virgin served document requests, requests for admission, and interrogatories on Plaintiffs. On September 20, 2017, Plaintiffs largely served objections to Virgin's discovery. The Parties intend to confer regarding Plaintiffs' responses. In addition, the Parties have been conferring regarding various outstanding issues with Plaintiffs' responses and supplemental responses to various sets of document requests and interrogatories that Virgin previously propounded on Plaintiffs.

5. On August 28, 2017, Plaintiffs served Defendant with notices of deposition for Virgin employees Diane Chandra and Aladdin Nabulsi, and a notice of deposition under Rule 30(b)(6) for certain topics for depositions to proceed on September 19 and 22, prior to

- 1 -

the discovery cutoff date of September 22, 2017. On September 13, 2017, Virgin notified Plaintiffs that none of the proposed dates for the depositions worked, and that Virgin was working on obtaining dates and identifying the individual or individuals who would be designated under Rule 30(b)(6). Defendant has not yet provided Plaintiffs with the information necessary to renotice the depositions.

6. It is Virgin's position that Plaintiffs unilaterally noticed the foregoing depositions and that most of the topics pertain to changes in policies, practices, and procedures since Alaska Air Group Inc. acquired Virgin. Virgin further states that it is in a state of transition with employees departing, employees changing job functions, and new employees assuming different responsibilities, which has complicated determining appropriate designees, that it is working through these issues, and that it is in the process of confirming appropriate designees and obtaining dates.

7. On September 19, 2017, the Magistrate Judge denied Virgin's request to conduct written discovery and depositions of 10% of the absent class members. Dkt. 189. Virgin intends to seek review of the Order pursuant to Local Rule 72-2, FRCP 72(a), and 28 U.S.C. Section 636(b)(1)(A) within the time set for review therein.

8. The Parties are also continuing to meet and confer regarding several outstanding discovery matters, including the production of electronic discovery necessary for Plaintiffs' expert to complete his analysis, and the discovery issues with Plaintiffs' discovery responses, as set forth above.

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following revised schedule:

| | |
|---|---|
| September 29, 2017 | Deadline for the Parties to finalize deposition schedule for outstanding depositions of Defendant and its personnel |
| October 9, 2017 | Fact discovery cutoff (extended only to resolve outstanding meet and confer matters and provide any updated disclosures and responses) |

| | |
|---|---|
| October 9, 2017 | Deadline for Defendant to provide responsive documents to Plaintiffs' Request for Production of Documents, Set Six |
| October 27, 2017 | Deadline for completion of outstanding depositions of Defendant and its personnel |
| November 10, 2017 | Deadline for production of expert reports |
| December 1, 2017 | Deadline for production of rebuttal reports |
| December 12, 2017 | Deadline for completion expert discovery |
| December 19, 2017 | Deadline to file dispositive motions or motions to decertify |

The deadline to file oppositions to dispositive motions or motions to decertify is thirty (30) days after the filing of same.

The deadline to file replies in support of dispositive motions or motions to decertify is fourteen (14) days after oppositions to same are filed.

Dated:  September 22, 2017         DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*
       Monique Olivier
       Attorneys for Plaintiffs

Dated:  September 22, 2017         MORGAN LEWIS & BOCKIUS

By: */s/ Robert Jon Hendricks\**
       Robert Jon Hendricks
       Attorneys for Defendant

*I, Robert Jon Hendricks, attest that Monique Olivier has concurred in the filing of this document. (L.R. 5-1(i).)

- 3 -

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing, scheduling order is modified as follows:

| | |
|---|---|
| September 29, 2017 | Deadline for parties to finalize deposition schedule for outstanding depositions of Defendant and its personnel |
| October 9, 2017 | Fact discovery cutoff (extended only to resolve outstanding meet and confer matters and provide any updated disclosures and responses) |
| October 9, 2017 | Deadline for Defendant to provide responsive documents to Plaintiffs' Request for Production of Documents, Set Six |
| October 27, 2017 | Deadline for completion of outstanding depositions of Defendant and its personnel |
| November 10, 2017 | Deadline for production of expert reports |
| December 1, 2017 | Deadline for production of rebuttal reports |
| December 12, 2017 | Deadline for completion expert discovery |
| December 19, 2017 | Deadline to file dispositive motions or motions to decertify |

The deadline to file oppositions to dispositive motions or motions to decertify is thirty (30) days after the filing of same.

The deadline to file replies in support of dispositive motions or motions to decertify is fourteen (14) days after oppositions to same are filed.

IT IS SO ORDERED.

DATED: September 27, 2017

_____
Hon. Jon S. Tigar
United States District Judge

- 4 -