DUCKWORTH PETERS
LEBOWITZ OLIVIER LLP
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333

KOSINSKI + THIAGARAJ, LLP
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860

Attorneys for Plaintiffs and the Class

ROBERT JON HENDRICKS, State Bar No. 179751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000

Attorneys for Defendant
VIRGIN AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 4:15-cv-02277-JST<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO DECEMBER 6, 2017; [PROPOSED] ORDER**<br><br>Assigned to Hon. Jon S. Tigar |

**STIPULATION**

Plaintiffs Julia Bernstein, et al. ("Plaintiffs") and Defendant Virgin America, Inc. ("Defendant")(collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS the Court has set a Case Management Conference for October 11, 2017 at 2:00 p.m.;

WHEREAS after the setting of this Conference, the parties stipulated to a continuance of certain discovery and case deadlines, and the Court ordered a new schedule based upon that stipulation. Dkt. 191;

WHEREAS the discovery matters in this action have been referred to Magistrate Judge Corley, who is and will be addressing issues raised by the Parties;

NOW, THEREFORE, due to the above, the Parties respectfully request that the Court continue the telephonic Case Management Conference from October 11, 2017 to December 6, 2017 at 2:00 p.m.

Dated: October 6, 2017    DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*
    Monique Olivier
    Attorneys for Plaintiffs

DATED: OCTOBER 6, 2017    MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Robert Jon Hendricks\**
    Robert Jon Hendricks
    Attorneys for Defendant

*I, Monique Olivier, attest that Robert Jon Hendricks has concurred in the filing of this document. (L.R. 5-1(i).)

**[PROPOSED]** **ORDER**

Pursuant to the Parties' Stipulation and GOOD CAUSE appearing, the Case Management Conference is continued to December 6, 2017 at 2:00 p.m.

Dated: October 6, 2017

_____
Jon S. Tigar
United States District Court Judge