**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

**KOSINSKI + THIAGARAJ, LLP**
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

Attorneys for Plaintiffs and the Class

*Additional counsel on following page*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | **CASE NO.:** 15-CV-02277-JST<br><br>**JOINT STIPULATION TO CONTINUE CERTAIN DEADLINES PURSUANT TO LOCAL RULE 6-2; [PROPOSED] ORDER** |

---

**JOINT STIPULATION TO CONTINUE CERTAIN DEADLINES**  15-CV-02277-JST

ROBERT JON HENDRICKS, State Bar No. 179751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
Email: rhendricks@morganlewis.com

NANCY VILLARREAL, State Bar No. 273604
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
Email: nancy.villarreal@morganlewis.com

*Attorneys for Defendant*
*VIRGIN AMERICA INC.*

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367

KOLIN C. TANG (SBN 279834)
CHIHARU G. SEKINO (SBN 306589)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367

JAMES C. SHAH (SBN 260435)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (866) 300-7367

*Attorneys for Plaintiffs and the Class*

**STIPULATION**

Plaintiffs Julia Bernstein, et al. ("Plaintiffs") and Defendant Virgin America, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

1. On September 22, 2017, the Parties stipulated to revise certain of the deadlines set forth in the Court's scheduling order as follows (Dkt. No. 190):

| | |
|---|---|
| September 29, 2017 | Deadline for the Parties to finalize deposition schedule for outstanding depositions of Defendant and its personnel |
| October 9, 2017 | Fact discovery cutoff (extended only to resolve outstanding meet and confer matters and provide any updated disclosures and responses) |
| October 9, 2017 | Deadline for Defendant to provide responsive documents to Plaintiffs' Request for Production of Documents, Set Six |
| October 27, 2017 | Deadline for completion of outstanding depositions of Defendant and its personnel |
| November 10, 2017 | Deadline for production of expert reports |
| December 1, 2017 | Deadline for production of rebuttal reports |
| December 12, 2017 | Deadline for completion of expert discovery |
| December 19, 2017 | Deadline to file dispositive motions or motions to decertify (with the deadline to file oppositions to said motions to be set for thirty (30) days after the filing of same, and the deadline to file replies in support of said motions to be set for fourteen (14) days after oppositions to same are filed) |

2. The Court granted the Parties' stipulation to revise the deadlines on September 27, 2017. (Dkt. No. 191.)

3. On November 10, 2017, the parties exchanged expert reports. Plaintiffs produced one expert report. Defendant produced four expert reports and one non-retained expert

- 1 -

**JOINT STIPULATION TO CONTINUE CERTAIN DEADLINES** 15-CV-02277-JST

report. Since the exchange of expert reports, the Parties have been meeting and conferring regarding the completion of expert discovery, including scheduling the depositions of six designated experts.

4. The Parties have now agreed upon a schedule for those six depositions. Given the number of depositions and the Thanksgiving holiday, such schedule requires certain depositions to occur after the current deadline for completing expert discovery.

5. The Parties have accordingly agreed, subject to the Court's approval, to continue the expert discovery deadlines and the deadline to file dispositive motions or motion to decertify.

6. Moving these deadlines will not require moving any other pretrial or trial deadlines. The pretrial conference is currently set for April 6, 2018 and trial is scheduled to begin May 14, 2018.

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following revised schedule:

| Date | Deadline |
|---|---|
| December 27, 2017 | Deadline for production of rebuttal reports |
| January 10, 2018 | Deadline for completion of expert discovery |
| January 12, 2018 | Deadline to file dispositive motions or motions to decertify |
| February 9, 2018 | Deadline to file oppositions to dispositive motions or motions to decertify |
| February 23, 2018 | Deadline to file replies in support of dispositive motions or motions to decertify |
| March 8, 2018 | Hearing on dispositive motions or motions to decertify |

**IT IS SO STIPULATED.**

Dated: November 27, 2017   DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*
  Monique Olivier
  Attorneys for Plaintiffs

- 2 -

| | |
|---|---|
| 1 | Dated: November 27, 2017         MORGAN, LEWIS & BOCKIUS LLP |
| 2 | By: */s/ Robert Jon Hendricks* * |
| 3 | Robert Jon Hendricks |
| | Attorneys for Defendant |

*I, Robert Jon Hendricks, attest that Monique Olivier has concurred in the filing of this document. (L.R. 5-1(i).)

| | | |
|---|---|---|
| 1 | | **[PROPOSED] ORDER** |
| 2 | Pursuant to the stipulation of the Parties, and good cause appearing, the scheduling order is modified as follows: | |

| | |
|---|---|
| December 27, 2017 | Deadline for production of rebuttal reports |
| January 10, 2018 | Deadline for completion of expert discovery |
| January 12, 2018 | Deadline to file dispositive motions or motions to decertify |
| February 8, 2018 ~~February 9, 2018~~ | Deadline to file oppositions to dispositive motions or motions to decertify |
| February 22, 2018 ~~February 23, 2018~~ | Deadline to file replies in support of dispositive motions or motions to decertify |
| March 8, 2018 | Hearing on dispositive motions or motions to decertify |

**IT IS SO ORDERED.** The pretrial conference will be held on April 27, 2018.

DATED: November 27, 2017

_____
Hon. Jon S. Tigar
United States District Judge

---

JOINT STIPULATION TO CONTINUE CERTAIN DEADLINES   15-CV-02277-JST

- 4 -