DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
Monique Olivier (SBN 190385)
(monique@dplolaw.com)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

KOSINSKI + THIAGARAJ, LLP
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
351 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

*Attorneys for Plaintiffs and the Class*

*Additional Counsel on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**JOINT STIPULATION REGARDING PROPOSED THIRD AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**<br><br>Trial Date: May 14, 2018 |

| | |
|---|---|
| 1 | ROBERT JON HENDRICKS, State Bar No. 179751<br>MORGAN, LEWIS & BOCKIUS LLP |
| 2 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 3 | Tel: +1.415.442.1000<br>Fax: +1.415.442.1001 |
| 4 | E-mail: rj.hendricks@morganlewis.com |
| 5 | NANCY VILLARREAL, State Bar No. 273604<br>MORGAN, LEWIS & BOCKIUS LLP |
| 6 | 1400 Page Mill Road<br>Palo Alto, CA 94304 |
| 7 | Tel: +1.650.843.4000<br>Fax: +1.650.843.4001 |
| 8 | E-Mail: nancy.villarreal@morganlewis.com |
| 9 | *Attorneys for Defendant*<br>VIRGIN AMERICA INC. |
| 10 | |
| 11 | JAMES E. MILLER (SBN 262553)<br>(jmiller@sfmslaw.com) |
| 12 | SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP<br>65 Main Street |
| 13 | Chester, CT 06412<br>Telephone: (860) 526-1100 |
| 14 | Facsimile: (866) 300-7367 |
| 15 | KOLIN C. TANG (SBN 279834)<br>CHIHARU G. SEKINO (SBN 306589) |
| 16 | SHEPHERD, FINKELMAN, MILLER<br> AND SHAH, LLP |
| 17 | 401 West A Street, Suite 2550<br>San Diego, CA 92101 |
| 18 | Telephone: (619) 235-2416<br>Facsimile: (866) 300-7367 |
| 19 | JAMES C. SHAH (SBN 260435)<br>SHEPHERD, FINKELMAN, MILLER |
| 20 |  AND SHAH, LLP |
| 21 | 35 East State Street<br>Media, PA 19063 |
| 22 | Telephone: (610) 891-9880<br>Facsimile: (866) 300-7367 |
| 23 | |
| 24 | *Attorneys for Plaintiffs and the Class* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# STIPULATION

Plaintiffs Julia Bernstein, Lisa Marie Smith and Esther Garcia (collectively, "Plaintiffs") and Defendant Virgin America, Inc. ("Defendant") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

On October 16, 2017, the Parties entered into a stipulation in which it was agreed that "if and when the merger/acquisition of Virgin America, Inc. by Alaska Air Group, Inc. becomes effective and final (and Virgin America, Inc. ceases to have an independent corporate existence) and/or a Single Operating Certificate is issued by the Federal Aviation Administration, Plaintiffs may seek to amend the operative Complaint to add Alaska Air Group, Inc. as a defendant in the capacity of an alleged successor in interest to Virgin America, Inc. and that Defendant will not oppose any such motion to amend. Nothing in the foregoing shall prejudice the rights of Alaska Air Group, Inc. in connection with any response that it may make to any such motion." Dkt. 201. The Court entered an order on that stipulation on October 19. *Id*.

On February 21, 2018, pursuant to that stipulation, Plaintiffs filed their unopposed Motion to File a Second Amended Complaint, naming Alaska Air Group, Inc. as a defendant and alleged successor-in-interest. Dkt. 274.

On February 22, 2018, the Court granted the motion. Dkt. 275. That same day, Plaintiffs filed their Second Amended Complaint. Dkt. 276.

On February 26, 2018, Defendant contacted Plaintiffs regarding the Second Amended Complaint and stated to Plaintiffs that: (a) the flight attendants of Virgin America Inc. (including the members of the certified Class in this case), became the employees of Alaska Airlines, Inc. on December 16, 2017; and (b) the Single Operating Certificate issued by the Federal Aviation Administration was issued to Virgin America Inc. and Alaska Airlines, Inc. *See* Dkt. 233. Accordingly, Defendant stated that Alaska Airlines, Inc. should be substituted as the second defendant in this case replacing Alaska Air Group, Inc., as a successor-in-interest to Virgin America, Inc.

Accordingly, the Parties hereby stipulate and agree that Alaska Airlines, Inc. should be substituted in for Alaska Air Group, Inc. as a defendant as the alleged successor-in-interest. A proposed Third Amended Complaint effecting that change is attached hereto as **Exhibit A**. Nothing in the foregoing shall prejudice the rights of Alaska Airlines, Inc. in connection with any response that it may make to the Third Amended Complaint or to defend against the allegations therein. And nothing in the proposed complaint may be construed as expanding the scope of the class and subclass as certified.

This stipulation is not a concession by Virgin America, Inc. as to what relief Plaintiffs would be entitled to obtain from Alaska Airlines, Inc. if it is determined that Alaska Airlines, Inc. is the successor in interest to Virgin America. This stipulation is only intended to allow the substitution of Alaska Airlines, Inc. for Alaska Air Group, Inc. so that such allegations can be properly litigated. As Plaintiffs indicated at the recent oral argument on Plaintiffs' pending Motion for Summary Judgment, that motion only places at issue Virgin's liability and does not address any issues of liability as to any other party to the action.

Dated: March 15, 2018　　　　　DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

　　　　　　　　　　　　　　　By: */s/ Monique Olivier*
　　　　　　　　　　　　　　　　　Monique Olivier
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: March 15, 2018　　　　　MORGAN LEWIS & BOCKIUS

　　　　　　　　　　　　　　　By:*/s/ RJ Hendricks*
　　　　　　　　　　　　　　　　　Robert Jon Hendricks
　　　　　　　　　　　　　　　　　Nancy Villarreal
　　　　　　　　　　　　　　　　　Attorneys for Defendant

# ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, it is hereby ordered that the Parties' Joint Stipulation is hereby adopted and entered as an Order of this Court. Plaintiffs shall file their Third Amended Complaint within five days of this Order.

**IT IS SO ORDERED.**

DATED:  March 19, 2018

Jon S. Tigar
United States District Judge