OLIVIER SCHREIBER & CHAO LLP
Monique Olivier (SBN 190385)
(monique@osclegal.com)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980

KOSINSKI + THIAGARAJ, LLP
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 230-2860

*Attorneys for Plaintiffs and the Class*

ROBERT JON HENDRICKS, State Bar No. 179751
NANCY VILLARREAL, State Bar No. 273604
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001
Email: rj.hendricks@morganlewis.com
Email: nancy.villarreal@morganlewis.com

*Attorneys for Defendants*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, et al., | Case No. 15-cv-02277-JST |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **STIPULATIONS RE FURTHER PROCEEDINGS; [PROPOSED] ORDER** |
| VIRGIN AMERICA INC., et al., | |
| Defendants. | Trial Date: January 7, 2019 |

In an effort to resolve some of the outstanding issues in this action, to avoid a trial on certain issues, and to permit the efficient entry of judgment by stipulation and/or by motion, Plaintiffs, on behalf of themselves and the certified Class, and Defendants Virgin America Inc. and Alaska Airlines, Inc., hereby stipulate and agree as follows:

1. *Monetary Relief for the Class*: Subject to and without Defendants waiving their right to appeal liability in this matter, for purposes of the damages, penalties and monetary restitution sought in this action, the Parties agree to an end date of December 15, 2017;

2. *Injunctive Relief for the Class*: Plaintiffs agree not to pursue injunctive relief in this action;

3. *Plaintiffs' Incident Report Claims*: Pursuant to the Parties' separate stipulation, Plaintiffs have voluntarily dismissed their individual claims for unpaid wages relating to incident reports without prejudice. Dkt. 326.

4. *Career Choice*: Subject to and without Defendants waiving their right to challenge whether a subclass may be properly maintained, the Parties agree to the following schedule:

    a. September 6, 2018: Deadline for Plaintiffs to file their Rule 37 motion regarding Defendants' Career Choice defense;

    b. September 27, 2018: Deadline for Defendants' Opposition to Rule 37 motion;

    c. October 11, 2018: Deadline for Plaintiffs' Reply to Rule 37 motion; and

    d. November 1, 2018: Hearing on Plaintiffs' Rule 37 motion.

    e. To the extent the Court allows Defendants to proceed with their affirmative defense of release (*e.g.* the Court either denies in whole, or in part, Plaintiffs' Rule 37 motion), the Court will set a Case Management Conference to address how issues regarding the Career Choice participants will be resolved.

5. *Class Members Needing Notice*: Defendants produced an updated class list and additional data on August 10, 2018. The updated class list contains approximately 98 newly-identified, putative Class Members who were not previously sent court-ordered class notice. As a

STIPULATIONS RE FURTHER PROCEEDINGS                                          CASE NO. 15-cv-02277-JST

result, notice to these putative Class Members will be provided in accordance with the following schedule:

- a. August 24, 2018: Notice to be sent to the 98 putative Class Members; and
- b. October 23, 2018: Deadline to opt out of the Class.

6. *Damages*: The Parties agree to the following schedule:

- c. September 28, 2018: Plaintiffs to produce revised damages report to Defendants;
- d. October 15, 2018: Deadline for Parties to finish any meet and confer re damages report; and
- e. October 25, 2018: Deadline to file proposed stipulated judgment and/or any motion for judgment on the following issues: (1) revised damages report; (2) declaratory relief; (3) PAGA penalties;
- f. November 8, 2018: Deadline to file any opposition to any motion for judgment;
- g. November 15, 2018: Deadline to file any reply to any motion for judgment; and
- h. November 29, 2018: Hearing on any motion for judgment.

Date: August 17, 2018       OLIVIER SCHREIBER & CHAO LLP

SHEPHERD FINKELMAN MILLER & SHAH LLP

*/s/ Monique Olivier\**
Monique Olivier
Attorneys for Plaintiffs and the Class

Date: August 17, 2018       MORGAN LEWIS & BOCKIUS LLP

*/s/ RJ Hendricks*
Robert Jon Hendricks
Attorneys for Defendants

\* I, Monique Olivier, attest that RJ Hendricks has consented to this filing as required by the local rules.

*Additional Plaintiffs' Counsel:*

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

KOLIN C. TANG (SBN 279834)
(ktang@sfmslaw.com)
CHIHARU G. SEKINO (SBN 306589)
(csekino@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 235-2416

JAMES C. SHAH (SBN 260435)
(jshah@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Court orders as follows:

**Plaintiffs' Rule 37 Motion:**

1. September 6, 2018: Deadline for Plaintiffs to file their Rule 37 motion regarding Defendants' Career Choice defense;
2. September 27, 2018: Deadline for Defendants' Opposition to Rule 37 motion;
3. October 11, 2018: Deadline for Plaintiffs' Reply to Rule 37 motion; and
4. November 1, 2018: Hearing on Plaintiffs' Rule 37 motion.

**Class Notice:**

1. August 24, 2018: Notice to be sent to the 98 putative Class Members; and
2. October 23, 2018: Deadline to opt out of the Class.

**Damages:**

1. September 28, 2018: Plaintiffs to produce revised damages report to Defendants;
2. October 15, 2018: Deadline for Parties to finish any meet and confer re damages report; and
3. October 25, 2018: Deadline to file proposed stipulated judgment and/or any motion for judgment on the following issues: (1) revised damages report; (2) declaratory relief; (3) PAGA penalties;
4. November 8, 2018: Deadline to file any opposition to any motion for judgment;
5. November 15, 2018: Deadline to file any reply to any motion for judgment; and
6. ~~November 29, 2018:~~ December 6, 2018: Hearing on any motion for judgment.

IT IS SO ORDERED.

DATED: August 20, 2018

Jon S. Tigar
United States District Judge