UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>VIRGIN AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-02277-JST<br><br>**SCHEDULING ORDER RE: STIPULATION TO CONTINUE DEADLINES**<br><br>Re: ECF No. 341 |

The Court has received the parties' stipulation to continue the briefing deadlines on Plaintiffs' motion for judgment on the pleadings. ECF No. 341. The granting of the requested relief also requires a continuance of the trial. Accordingly, the Court hereby sets the following amended case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Plaintiffs' motion for judgment on the pleadings due | October 31, 2018 |
| Defendants' opposition due | November 14, 2018 |
| Plaintiffs' reply due | November 21, 2018 |
| Hearing on motion for judgment on the pleadings | December 13, 2018 at 2:00 p.m. |
| Pretrial conference statement due | February 1, 2019 |

| Event | Deadline |
|---|---|
| Pretrial conference | February 8, 2019 at 1:30 p.m. |
| Trial | March 4, 2019 at 8:30 a.m. |
| Estimate of trial length (in days) | 8 days |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: October 31, 2018

_____
JON S. TIGAR
United States District Judge