OLIVIER SCHREIBER & CHAO LLP
Monique Olivier (SBN 190385)
(monique@osclegal.com)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone:  (415) 484-0980

KOSINSKI + THIAGARAJ, LLP
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 230-2860

*Attorneys for Plaintiffs and the Class*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC. and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**CLASS ACTION**<br><br>**JUDGMENT** |

IT IS ORDERED, ADJUDGED, and DECREED that Virgin America Inc. ("Virgin") has violated the California Labor Code, the California Unfair Competition Law (UCL) and the California Private Attorneys General Act (PAGA) for the reasons stated in this Court's order granting in part and denying in part Plaintiffs' motion for summary judgment and Plaintiffs' motion for summary judgment on damages.  ECF No. 317, 365.  As a result of these violations, Virgin, and Defendant Alaska Airlines, Inc. as the successor-in-interest to Virgin, are liable to the

1

Class, California Resident Subclass and Waiting Time Penalties Subclass for failing to pay for all hours worked, failing to pay overtime premiums, failing to provide meal periods, failing to provide rest breaks, failing to provide accurate wage statements, and for waiting time penalties, derivative violations of the UCL, and derivative violations of the PAGA.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that judgment is hereby entered against Defendants Virgin America Inc. and Alaska Airlines, Inc. and for Plaintiffs, all Class members, all California Resident Subclass members, and all Waiting Time Penalties Subclass members on the following claims in the following sums:

1. $13,166,793.31 in damages and restitution to the Class for failure to pay for all hours worked and $5,242,406.04 in prejudgment interest for a total of **$18,409,199.35** through January 31, 2019, plus $3,604.87 per day in continuing prejudgment interest for each day after January 31, 2019 until the date of the entry of Judgment;

2. $12,970,133.45 in damages and restitution to the California Resident Subclass for failure to pay for all hours worked and $5,405,518.71 in prejudgment interest for a total of **$18,375,652.16** through January 31, 2019, plus $3,551.03 per day in continuing prejudgment interest for each day after January 31, 2019 until the date of the entry of Judgment;

3. $37,171.94 in damages and restitution to the Class for failure to pay overtime and $14,313.57 in prejudgment interest for a total of **$51,485.51** through January 31, 2019, plus $10.18 per day in continuing prejudgment interest for each day after January 31, 2019 until the date of the entry of Judgment;

4. $6,287,420.27 in damages and restitution to the California Resident Subclass for failure to pay premium pay for overtime hours and $2,352,311.38 in prejudgment interest for a total of **$8,639,731.65** through January 31, 2019, plus $1,721.40 per day in continuing prejudgment interest for each day after January 31, 2019 until the date of the entry of Judgment;

5. **$190,525.46** in damages and restitution to the Class for failure to provide legally compliant meal periods;

6. **$410,841.20** in damages and restitution to the Class for failure to provide legally

compliant rest breaks;

    7.    **$4,398,600** in statutory penalties to the Class and California Resident Subclass for violation of California Labor Code § 226 for failure to provide legally compliant wage statements;

    8.    **$2,306,210** in statutory penalties to the Waiting Time Penalties Subclass for violation of California Labor Code § 203 for willful failure to pay all wages due at the time of separation of employment; and

    9.    Civil penalties pursuant to the Private Attorney General Act of 2004, Labor Code § 2698 *et seq.*, in the total amount of **$24,981,150** with 75% of each stated amount to be paid to the LWDA and 25% of each stated amount to be distributed to the specified groups of aggrieved employees as follows:

    (a)    **$4,085,700** to the LWDA and the Class for failure to pay minimum wages;

    (b)    **$413,550** to the LWDA and the California Resident Subclass for failure to pay minimum wages;

    (c)    **$76,612.50** to the LWDA and the Class for failure to pay overtime;

    (d)    **$2,498,400** to the LWDA and the California Resident Subclass for failure to pay overtime;

    (e)    **$268,950** to the LWDA and the Class for failure to provide legally compliant meal periods;

    (f)    **$548,137.50** to the LWDA and the Class for failure to provide legally compliant rest breaks;

    (g)    **$7,086,900** to the LWDA and Class for failure to provide accurate wage statements;

    (h)    **$765,975** to the LWDA and California Resident Subclass for failure to provide accurate wage statements; and

    (i)    **$9,236,925** to the LWDA and the Class for failure to pay timely wages.

    10.    Judgment is hereby entered in favor of Plaintiffs, all Class members, all California

Resident Subclass members, and all Waiting Time Penalties Subclass members and against Defendants, Virgin America Inc. and Alaska Airlines, Inc., in the amount of **$77,763,395.33** through January 31, 2019, plus **$8,887.48 per day** in continuing prejudgment interest for each day after January 31, 2019 until the date of the entry of Judgment.

11. This Court retains jurisdiction over this action for purposes of addressing a proposed plan of allocation, as well as Plaintiffs' submission of a Bill of Costs and motion for attorneys' fees and expenses and award of service awards for Plaintiffs as Class Representatives.

IT IS SO ORDERED.

Dated: February 4, 2019

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE