| | |
|---|---|
| 1 | OLIVIER SCHREIBER & CHAO LLP |
| 2 | Monique Olivier (SBN 190385)<br>(monique@osclegal.com) |
| 3 | 201 Filbert Street, Suite 201<br>San Francisco, CA 94133 |
| 4 | Telephone: (415) 484-0980 |
| 5 | KOSINSKI + THIAGARAJ, LLP |
| 6 | Alison Kosinski (SBN 261676)<br>(alison@ktlawsf.com) |
| 7 | Emily Thiagaraj (SBN 284634)<br>(emily@ktlawsf.com) |
| 8 | 201 Filbert Street, Suite 201<br>San Francisco, CA 94133 |
| 9 | Telephone: (415) 230-2860 |
| 10 | *Attorneys for Plaintiffs and the Class* |
| 11 | *Additional Counsel on Signature Page* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC. and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION TO:**<br><br>**(1) EXTEND TIME FOR PLAINTIFFS TO FILE BILL OF COSTS;**<br><br>**(2) SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND DEFENDANTS' MOTION FOR STAY OF EXECUTION OF JUDGMENT AND SETTING OF SUPERSEDEAS BOND AMOUNT; AND**<br><br>**(3) EXTEND STAY OF ENFORCEMENT PENDING RESOLUTION OF THE FOREGOING ISSUES; [PROPOSED] ORDER** |

Plaintiffs Julia Bernstein, Esther Garcia and Lisa Marie Smith ("Plaintiffs") and Defendants Virgin America Inc. and Alaska Airlines, Inc. ("Defendants") (collectively, "Parties"), through their respective counsel of record, desire to enter into a stipulation that affords the parties additional time and clarity to resolve the outstanding issues of the case as follows:

WHEREAS the Court entered judgment on February 4, 2019. Dkt. 367;

WHEREAS the deadline for Plaintiffs to file their motion for attorneys' fees and expenses and to file a bill of costs is February 19, 2019, N.D. Cal. L.R. 54-5;

WHEREAS the deadline for Defendants to file a motion to stay of execution of judgment through appeal and to set the amount of a supersedeas bond is March 6, 2019, Fed. R. Civ. P. § 62(d), N.D. Cal. L.R. 65.1-1.

WHEREAS, the Parties met and conferred regarding the timing of Plaintiffs' motion for attorneys' fees and expenses and bill of costs and Defendants' motion to stay of execution of judgment through appeal and to set the amount of a supersedeas bond; and

WHEREAS, the Parties will meet and confer in an attempt to resolve the remaining issues through stipulation and the additional time provided for by this stipulation will facilitate those discussions,

IT IS NOW HEREBY STIPULATED AND AGREED that:

Pursuant to N.D. Cal. L.R. 54-5 and L.R. 6-2, the Parties agree to:

a. continue the deadline for Plaintiffs to file a motion for attorneys' fees and expenses and to file a bill of costs to March 13, 2019 and set Defendants' deadline to file any opposition to such motion to April 3, 2019 and Plaintiffs' deadline to reply to April 17, 2019;

b. continue the deadline for Defendants to file a motion to stay of execution of judgment through appeal and to set the amount of a supersedeas bond to March 13, 2019 and set Plaintiffs' deadline to file any opposition to such motion to April 3, 2019 and Defendants' deadline to reply to April 17, 2019; and

c. continue the current automatic stay of enforcement of judgment through ten (10) court days after the Court has set the amount of a supersedeas bond or has approved a stipulation submitted by the Parties resolving the amount of the supersedeas bond.

SO STIPULATED.

Respectfully submitted,

Date: February 14, 2019

OLIVIER SCHREIBER & CHAO LLP

KOSINSKI + THIAGARAJ, LLP

SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP

By: */s/ Monique Olivier\**
Monique Olivier
*Attorneys for Plaintiffs and the Certified Class*

Date: February 14, 2019

MORGAN LEWIS & BOCKIUS

By: */s/ Robert Jon Hendricks*
Robert Jon Hendricks
*Attorneys for Defendants*

*I, Monique Olivier, have obtained the consent of R.J. Hendricks to this filing, pursuant to the local rules.

*Additional Plaintiffs' Counsel:*

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

KOLIN C. TANG (SBN 279834)
(ktang@sfmslaw.com)
CHIHARU G. SEKINO (SBN 306589)
(csekino@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: (619) 235-2416

JAMES C. SHAH (SBN 260435)
(jshah@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880

*Attorneys for Plaintiffs and the Class*

# [~~PROPOSED~~] ORDER

1. The deadline for Plaintiffs to file a motion for attorneys' fees and expenses and to file a bill of costs is continued to March 13, 2019; Defendants' deadline to file any opposition to such motion is April 3, 2019; and Plaintiffs' deadline to reply is April 17, 2019;

2. The deadline for Defendants to file a motion to stay of execution of judgment through appeal and to set the amount of a supersedeas bond is continued to March 13, 2019; Plaintiffs' deadline to file any opposition to such motion is April 3, 2019; and Defendants' deadline to reply is April 17, 2019; and

3. The current automatic stay of enforcement of judgment is continued through ten (10) court days after the Court has set the amount of a supersedeas bond or has approved a stipulation submitted by the Parties resolving the amount of the supersedeas bond.

**IT IS SO ORDERED.**

Dated: February 15, 2019

_____
Jon S. Tigar
United States District Judge