ROBERT JON HENDRICKS, State Bar No. 179751
NANCY VILLARREAL, State Bar No. 273604
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:   415-442-1000
Facsimile:   415-442-1001
E-Mail:  rj.hendricks@morganlewis.com
           nancy.villarreal@morganlewis.com

BRENDAN T. KILLEEN (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178
Telephone:   212-309-6000
Facsimile:   212-309-6001
E-Mail:  brendan.killeen@morganlewis.com

Attorneys for Defendants
VIRGIN AMERICA INC. and
ALASKA AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 3:15-cv-02277-JST<br><br>**DEFENDANTS VIRGIN AMERICA INC. AND ALASKA AIRLINES, INC.'S NOTICE OF APPEAL** |

1         Notice is hereby given that Defendants Virgin America Inc. and Alaska Airlines, Inc. in

2   the above-captioned action hereby appeal to the United States Court of Appeals for the Ninth

3   Circuit from the Court's judgment, entered in this action on February 4, 2019 (Dkt. 367), attached

4   hereto as <u>Exhibit A</u>.  That judgment includes all of the prior orders and rulings of the Court that

5   have merged into it.

6         Defendants' Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached

7   to this Notice as <u>Exhibit B</u>.

8    Dated:  March 4, 2019                                   MORGAN, LEWIS & BOCKIUS LLP

9                                                                          By:  <u>*/s/ Robert Jon Hendricks*</u>

10                                                                                Robert Jon Hendricks
                                                                                    Attorneys for Defendants

11                                                                                VIRGIN AMERICA INC. and ALASKA
                                                                                    AIRLINES, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS VIRGIN AMERICA INC. AND ALASKA AIRLINES, INC.'S
NOTICE OF APPEAL