**EXHIBIT A**

**LODESTAR OF CLASS COUNSEL
AND THEIR TIMEKEEPERS**

| SFMS | | | OSC | | | Kosinski + Thiagaraj | | | DPLO | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time Keeper | Lodestar | | Timekeeper | Lodestar | | Timekeeper | Lodestar | | Olivier | $1,418,850.00 |
| Kravitz | $10,947.50 | | Olivier | $284,025 | | Kosinski | $569,300 | | Duckworth | $3,225.00 |
| Tang | $22,470.00 | | Schreiber | $9,855 | | Thiagaraj | $225,945 | | Heath | $47,262.50 |
| Shah | $18,562.50 | | Chao | $4,615 | | | | | Mohmoud | $2,275.00 |
| Zipperian | $57,890.00 | | | | | | | | | |
| Boyce | $22,780.00 | | | | | | | | | |
| Lussier | $39,420.00 | | | | | | | | | |
| Miller | $504,985.00 | | | | | | | | | |
| **SFMS Total** | **$677,055.00** | | **OSC Total** | **$298,495** | | **K+T Total** | **$795,245** | | **DPLO Total** | **$1,471,612.50** |

**Total for All Firms = $3,242,407.50**