# EXHIBIT E

# TIME AND LODESTAR OF OSC
# INDIVIDUAL TIMEKEEPERS BY CATEGORY

**Chao**     **Partner**

| | Pre-filing Investigation | Preparation of complaint and amended complaints, Pro Hac motions, communications with clients, review and research answers to complaints | Written Discovery/Disclosures/Meet and Confer/Hearings | Document Review | Legal Research | Depositions | Class Member Outreach | Class Certification | Experts | Summary Judgment | Decertification | Motion for Judgment | Settlement/Mediation | Fee Petition | Other | Total Time | Current Hourly Rate | Lodestar at Current Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| April-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $650.00 | $0.00 |
| May-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $650.00 | $0.00 |
| June-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $650.00 | $0.00 |
| July-18 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | $650.00 | $780.00 |
| August-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $650.00 | $0.00 |
| September-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $650.00 | $0.00 |
| October-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.70 | 0.00 | 0.00 | 0.00 | 3.70 | $650.00 | $2,405.00 |
| November-18 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.40 | 0.00 | 0.00 | 0.00 | 1.50 | $650.00 | $975.00 |
| December-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $650.00 | $0.00 |
| January-19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | $650.00 | $455.00 |
| February-19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $650.00 | $0.00 |
| March-19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $650.00 | $0.00 |
| **Totals** | **0.00** | **0.00** | **0.10** | **0.00** | **1.20** | **0.00** | **0.00** | **0.00** | **0.00** | **0.70** | **0.00** | **5.10** | **0.00** | **0.00** | **0.00** | **7.10** | | **$4,615.00** |

**Olivier** **Partner**

| | Pre-filing Investigation | Preparation of complaint and amended complaints, Pro Hac motions, communications with clients, review and research answers to complaints | Written Discovery/Disclosures/Meet and Confer/Hearings | Document Review | Legal Research | Depositions | Class Member Outreach | Class Certification | Experts | Summary Judgment | Decertification | Motion for Judgment | Settlement/Mediation | Fee Petition | Other | Total Time | Current Hourly Rate | Lodestar at Current Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| April-18 | 0.00 | 1.30 | 1.50 | 0.00 | 5.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | $750.00 | $6,000.00 |
| May-18 | 0.00 | 0.00 | 0.00 | 0.00 | 2.40 | 0.00 | 2.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.70 | $750.00 | $3,525.00 |
| June-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | 1.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.80 | $750.00 | $2,100.00 |
| July-18 | 0.00 | 0.00 | 15.30 | 0.00 | 0.00 | 0.00 | 5.10 | 0.00 | 2.90 | 5.70 | 0.00 | 1.90 | 0.00 | 0.00 | 0.50 | 31.40 | $750.00 | $23,550.00 |
| August-18 | 0.00 | 0.00 | 18.80 | 5.10 | 3.90 | 0.00 | 4.50 | 6.30 | 7.50 | 0.00 | 0.00 | 3.10 | 2.00 | 0.00 | 0.40 | 51.60 | $750.00 | $38,700.00 |
| September-18 | 0.00 | 0.00 | 10.30 | 0.90 | 0.50 | 0.00 | 1.60 | 0.00 | 13.10 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 26.90 | $750.00 | $20,175.00 |
| October-18 | 0.00 | 0.00 | 13.20 | 0.00 | 9.30 | 0.00 | 0.80 | 0.00 | 45.00 | 0.00 | 0.00 | 78.20 | 0.00 | 0.00 | 0.00 | 146.50 | $750.00 | $109,875.00 |
| November-18 | 0.00 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 30.20 | 0.00 | 0.00 | 0.00 | 40.50 | $750.00 | $30,375.00 |
| December-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 13.60 | 0.00 | 0.00 | 0.00 | 14.80 | $750.00 | $11,100.00 |
| January-19 | 0.00 | 0.00 | 0.60 | 0.00 | 0.00 | 0.00 | 1.90 | 0.00 | 0.00 | 0.00 | 0.00 | 4.80 | 0.00 | 0.00 | 1.20 | 8.50 | $750.00 | $6,375.00 |
| February-19 | 0.00 | 0.00 | 0.00 | 1.20 | 5.20 | 0.00 | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.60 | 3.90 | 18.70 | $750.00 | $14,025.00 |
| March-19 | 0.00 | 0.00 | 0.00 | 0.00 | 4.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.60 | 0.00 | 24.30 | $750.00 | $18,225.00 |
| **Totals** | **0.00** | **1.30** | **69.20** | **7.20** | **31.20** | **0.00** | **20.50** | **6.30** | **69.80** | **5.70** | **0.00** | **132.30** | **2.00** | **27.20** | **6.00** | **378.70** | | **$284,025.00** |

**Schreiber**        **Partner**

| | Pre-filing Investigation | Preparation of complaint and amended complaints, Pro Hac motions, communications with clients, review and research answers to complaints | Written Discovery/Disclosures/Meet and Confer/Hearings | Document Review | Legal Research | Depositions | Class Member Outreach | Class Certification | Experts | Summary Judgment | Decertification | Motion for Judgment | Settlement/ Mediation | Fee Petition | Other | Total Time | Current Hourly Rate | Lodestar at Current Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| April-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| May-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| June-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| July-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| August-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| September-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $675.00 | $202.50 |
| October-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.20 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 12.20 | $675.00 | $8,235.00 |
| November-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.10 | 0.00 | 0.00 | 0.00 | 2.10 | $675.00 | $1,417.50 |
| December-18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| January-19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| February-19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| March-19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $675.00 | $0.00 |
| **Totals** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **5.50** | **0.00** | **0.00** | **9.10** | **0.00** | **0.00** | **0.00** | **14.60** | | **$9,855.00** |