**EXHIBIT G**

**EXPENSES OF CLASS COUNSEL BY CATEGORY**

**CHART OF EXPENSES**

| Category | K&T | SFMS | DPLO | OSC | TOTALS |
|---|---|---|---|---|---|
| Computerized Legal Research | $ 26.00 | $ 493.88 | n/a | $ 283.40 | $ 803.28 |
| Court Reporting Fees (Hearings) | $ 390.05 | n/a | n/a | $ 54.90 | $ 444.95 |
| Electronic Database Expenses | $ 629.37 | n/a | n/a | n/a | $ 629.37 |
| Postage/Overnight Deliveries | $ 152.99 | $ 48.40 | $ 51.72 | n/a | $ 253.11 |
| Travel and Related Expenses | $ 6,100.02 | $ 3,096.15 | $ 2,257.47 | $ 62.17 | $ 11,515.81 |
| External Copying | $ 2,367.05 | n/a | $ 281.90 | n/a | $ 2,648.95 |
| Internal Copying | n/a | $ 1,480.25 | n/a | n/a | $ 1,480.25 |
| Class Administration | n/a | n/a |  |  | $ - |
| Experts/Investigators | $ 10,000.00 | $ 169,410.50 | $ 31,915.05 | $ 14,924.54 | $ 226,250.09 |
| Mediation | n/a | n/a | $ 6,750.00 | n/a | $ 6,750.00 |
| TOTAL | $ 19,665.48 | $ 174,529.18 | $ 41,256.14 | $ 15,325.01 | $ 250,775.81 |