OLIVIER SCHREIBER & CHAO LLP
Monique Olivier (SBN 190385)
(monique@osclegal.com)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone:  (415) 484-0980

KOSINSKI + THIAGARAJ, LLP
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 230-2860

*Attorneys for Plaintiffs and the Class*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC. and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JAMES E. MILLER IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Date:    May 9, 2019<br>Time:   2:00 p.m.<br>Crtrm.: 9, 19th Floor<br>Judge:  Hon. Jon S. Tigar |

I, James E. Miller, declare as follows:

1. I am a member of the State Bar of California and admitted to practice law in the courts of the State of California, the United States District Court for the Northern District of California, the Ninth Circuit Court of Appeals, and the U.S. Supreme Court, as well as in the state and federal courts of Connecticut, New Jersey and Pennsylvania. I also am admitted to practice before numerous other federal courts in the United States. I am a member in good standing with the California State Bar and with this Court. I am a partner in the law firm Shepherd Finkelman Miller & Shah LLP ("SFMS") and am counsel for Plaintiffs and the Class in this action.

2. The facts contained in this declaration are within my personal knowledge, and I could and would testify truthfully to these facts if called to do so under oath. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Expenses.

3. In August, 2017, SFMS entered into a joint prosecution agreement with Duckworth Peters Lebowitz Olivier LLP ("DPLO"), a firm with which SFMS had co-counseled (and served as opposing counsel to) in the past, and Kosinski + Thiagaraj, LLP ("KT"), to assist DPLO and KT in completing a significant amount of discovery in the case, including extensive expert discovery, and to prepare the case for trial. I have personally tried over twenty-five (25) cases to verdict or judgment, including individual class action cases that have resulted in recoveries of over $300 million for the class, and my colleagues and I at SFMS have substantial experience, as compared to other law firms practicing in the class action/complex litigation field, in preparing and bringing to trial class action and other complex litigation matters.

### EXPERIENCE OF CLASS COUNSEL

4. I am a partner of SFMS, a law firm with offices in California, Connecticut, Florida, New Jersey, New York and Pennsylvania, as well as affiliate offices in London, England and Milan, Italy. SFMS specializes in complex class action and commercial litigation matters, and acts for both plaintiffs and defendants in such matters. SFMS also performs certain transactional work for international clients and I serve as outside general counsel for the U.S. subsidiaries of over a dozen multinational corporations based in Asia and Europe. SFMS's

clients include individuals, including consumers and employees, as well significant international and domestic corporations in the fields of aerospace, food and wine production, financial services, manufacturing and technology, as well as pension funds (both public and private).  Since my firm entered its appearance in this matter, I have served as the lead attorney on behalf of SFMS in this case and, in addition to supervising the work of the attorneys, project analysts and legal assistants of SFMS, I also have been one of the attorneys primarily responsible for working with co-counsel at DPLO [and now Olivier, Schreiber & Chao, LLP ("OSC"), which succeeded DPLO in this case when Monique Olivier, Esquire left DPLO to create OSC], and interacting with opposing counsel.  Additional information regarding our firm is available at www.sfmslaw.com.

5.      Prior to forming SFMS in 2002, I was a partner at Pelino & Lentz, P.C., a law firm based in Philadelphia, Pennsylvania, where I began the practice of law in 1992 and specialized in representing management and highly compensated employees in labor and employment matters, including collective bargaining negotiations on behalf of a multinational corporation with over 50 manufacturing facilities in the United States.  While practicing at Pelino & Lentz, P.C., I tried to verdict over one dozen jury trials to successful verdict.  I continue to represent a number of my clients from my days practicing at Pelino & Lentz, P.C. in Philadelphia, Pennsylvania.

6.      I have been practicing law since 1992.  Since that time, my practice has been devoted in substantial part to complex litigation and class actions, especially since forming SFMS in 2002.  In particular, I have significant experience as lead counsel in *qui* tam, ERISA, employment, securities and consumer class actions.  I am currently lead counsel in two of the most significant false claims cases being prosecuted in the United States, both of which are pending in the United States District Court for the Southern District of New York.  In my *qui* tam work, I have developed relationships working successfully with the Department of Justice and offices of United States Attorneys throughout the United States and, in particular, the Southern District of New York.  In my work in ERISA class actions, my colleagues at SFMS and I have been responsible for securing some of the most significant settlements in the United States in the

last ten (10) years on behalf of defined contribution plans and their participants and, notably, have litigated a number of groundbreaking cases challenging revenue sharing practices by service providers to defined contribution plans.

7. I received my J.D. from the University of Pennsylvania School of Law (1991), where I was awarded the Keedy Cup, and my B.S. from Cornell University (1988). After graduating from Penn Law School in 1991, I served as a law clerk for the Honorable Daniel H. Huyett, 3rd of the United States District Court for the Eastern District of Pennsylvania from 1991 to 1992.

## SFMS's SERVICES IN THIS MATTER

8. Since joining our co-counsel in this case, SFMS has actively participated in all aspects of this litigation for the past two years, including (1) communicating with the representative plaintiffs and Class members; (2) engaging in formal discovery with a particular emphasis on expert discovery, including preparation of expert reports and leading expert discovery; (3) performing legal research and evaluating significant legal developments that could impact the litigation; (4) drafting of motions and briefs, including summary judgment and opposition to decertification motions; (5) preparing for and participating in court appearances; (6) participating in litigation strategy decisions; (7) trial preparation; (8) preparing the necessary papers and calculations to seek judgment as to a sum certain; and (9) participating in settlement communication and negotiations. Thus, I am fully familiar with the proceedings. If called upon, I am competent to testify that the following facts are true and correct to the best of my knowledge, information, and belief.

9. SFMS has dedicated significant time and resources to prosecuting the litigation on behalf of the class. The firm's legal services were performed on a wholly contingent fee basis.

10. SFMS maintained detailed time records regarding the work performed in connection with the prosecution of the Litigation.

11. Attached as Exhibit "A" are charts reflecting SFMS's lodestar to date ("SFMS Lodestar Charts"). The SFMS Lodestar Charts provide (1) the name of each timekeeper; (2) the

title for each timekeeper (e.g., partner, associate, paralegal, law clerk.); (3) the hours incurred by that timekeeper during each month; (4) the applicable hourly rate; (5) the lodestar amount for each month; and (6) a categorization of the total hours spent by that timekeeper based upon the nature of work performed. This chart was completed by SFMS based upon the records created contemporaneously during the pendency of the Litigation.

12. The total number of hours spent by the attorneys, project analysts, paralegals and law clerks working on behalf of SFMS relating to the Litigation is 1,068.20. As reflected in Exhibit "A," through March 11, 2019, SFMS has accumulated a lodestar totaling $677,055.

13. The hourly rates range from $200 for certain paralegal work up to $850 for experienced senior litigation counsel. Based on my knowledge and experience, the hourly rates charged by SFMS are within the range of market rates charged by attorneys of equivalent experience, skill, and expertise. These rates are our normal hourly rates charged to our hourly clients. SFMS's hourly rates have been routinely approved by courts throughout the United States. *See*, *e.g.*, *In re: Caterpillar, Inc. C13 and C15 Engine Products Liability Litigation*, MDL No. 2540 (D.N.J.) [Dkt 54]; *Q+Food v. Mitsubishi Fuso Truck of America, Inc.* (D.N.J.), 3:14-cv-06046 [Dkt 70]; *In re: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation*, Case No. 1:12-md-02316-BYP (N.D. Oh. 2016) [Dkt. 122]; *Corson v. Toyota Motor Sales U.S.A., Inc.*, Case No. 1:12-cv-8499-JGB (C.D. Ca. 2016) [Dkt. 107]; *Allison Gay v. Tom's of Maine, Inc.*, Case No. 0:14-cv-60604-KMM (S.D. Fl. 2016) [Dkt. 43]; *Trewin v. Church and Dwight, Inc.*, Case No. 3:12-cv-01475-MAS-DEA (D.N.J. 2015) [Dkt. 68]; *Golden Star, Inc. v. Mass Mut. Life Ins. Co.*, Case No. 3:11-30235-MGM (D. Mass. 2015) [Dtk. 55]; *Butler National Corp. v. The Union Central Life Insurance Co.*, Case No. 1-1:12-cv-00177-SJD-KLL (S.D. Oh. 2014) [Dkt. 55]; *In re Whirlpool Corp. Front Loading Washer Products Liability Litigation*, Case No. 1:08-WP-65000 (N.D. Oh. 2016) [Dkt. 656].

14. As reflected in Exhibit "G" to the Declaration of Monique Olivier, SFMS, to date, has also expended a total of $174,529.18 in unreimbursed expenses in connection with the prosecution of the litigation (independent of costs recoverable in Plaintiff's Bill of Costs filed on

this date). The expenses include computer research expenses, court reporting fees, expert expenses (which account for the vast majority of expenses that SFMS has incurred – amounting to over $169,000 of the less than $175,000 in expenses incurred), postage and overnight delivery charges, travel and related expenses and copying expenses.

15. These expenses are reflected in the books and records of SFMS and are a true and accurate summary of the expenses for this case. The expenses for which reimbursement is sought all were necessarily incurred and are reasonable in amount.

16. As reflected above, I am familiar with all aspects of this litigation since my firm entered its appearance and have supervised my colleagues in connection with the excellent work that they have performed in this case.

17. The following attorneys, project analysts and legal assistants have assisted SFMS in performing its work in this case in addition to myself. All of these individuals were full-time employees of SFMS at the time they performed work on this matter:

   a. **Jillian M. Boyce** joined SFMS as a Paralegal in June, 2012. She holds a paralegal certificate from the University of Hartford and earned her bachelor's degree in legal studies from the University of Hartford (B.A. 2017). Ms. Boyce has been active in all aspects of this litigation since SFMS entered its appearance in this case.

   b. **Ronald S. Kravitz** joined SFMS in January, 2014 as Senior Counsel. He previously was a partner with Liner, LLP (and its predecessors) from 2001 until 2014. Mr. Kravitz is a graduate of Temple University School of Law (J.D. 1986), and has more than 30 years of experience serving as legal counsel in complex business litigation matters. He has served as Co-Chair of the American Bar Association's Employee Benefits Committee for the past 15 years and is a Fellow of the American College of Employee Benefits Counsel and a Life Fellow of the American Bar Foundation. Mr. Kravitz's work in this case centered on defending certain expert depositions in this case.

   c. **Nicolas A. Lussier** joined SFMS as a Credit Intern in January, 2015 and became a Project Analyst at the firm in June, 2016 after graduating from Cornell University's School of Industrial & Labor Relations with a Bachelor of Science in 2016. Mr. Lussier will be attending law school beginning in the Fall of 2019 and will be rejoining SFMS as a practicing attorney in 2022 (assuming his graduation from law school and successful admission to the bar). Mr. Lussier was the lead Project Analyst working on this case and assisted Ms. Olivier and me in working with experts to develop and refine damages theories and the presentation of

5

information to them, as well as in preparing materials to examine Defendants' experts at deposition.

d. **James C. Shah** joined SFMS as a Partner in 2000. Mr. Shah and I began working together at Pelino & Lentz, P.C. in Philadelphia, Pennsylvania during the Summer of 1996. He is admitted to practice law in the States of California, New Jersey, New York, the Commonwealth of Pennsylvania and Wisconsin, as well as numerous federal courts, including the United States District Courts for the Southern, Northern, Central and Eastern Districts of California, District of Connecticut, Eastern District of Pennsylvania, District of New Jersey, Eastern District of Wisconsin, the United States Court of Appeals for the Second Circuit, Third Circuit, Ninth Circuit and Eleventh Circuit and the United States Supreme Court. In addition to these courts and jurisdictions, Mr. Shah has worked on cases with local and co-counsel nationwide and internationally. Mr. Shah concentrates his practice on consumer and qui tam litigation, as well as complex commercial and employment matters. Mr. Shah earned his undergraduate degree in Political Science from the University of Oregon and his law degree from Temple University School of Law. Mr. Shah assisted the firm in connection with preparation of certain pleadings, litigation strategy and expert discovery.

e. **Kolin C. Tang** joined SFMS is 2009 and is currently an Associate with the firm. Mr. Tang is admitted to practice law in the State of California. At SFMS, Mr. Tang concentrates his work on securities, employment and commercial litigation throughout the United States. In addition, Mr. Tang also performs significant work in the firm's whistleblower practice, on both cases arising in the United States and overseas. Mr. Tang received his undergraduate degree in Economics and History with honors from the University of California at Berkeley and earned his law degree from The George Washington University Law School in 2011, where he was a member of The George Washington International Law Review. Mr. Tang focused his work in this case on performing legal research and the preparation of certain pleadings.

f. **Nathan C. Zipperian** joined SFMS in 2005 and is currently a Partner in the firm. Mr. Zipperian is admitted to practice law in the States of Arizona, Florida, New Jersey and Oregon, as well as in the Commonwealth of Pennsylvania and numerous federal courts, including the United States District Courts for the Southern and Middle Districts of Florida, the District of Arizona and the United States Court of Appeal for the Second Circuit. In addition to these courts and jurisdictions, Mr. Zipperian has worked on cases with local and co-counsel throughout the country and worldwide. Mr. Zipperian concentrates his practice on antitrust, consumer and insurance litigation, as well as complex commercial and employment matters. Mr. Zipperian earned his undergraduate degree in Political Science from the University of Oregon in 1995 and his law degree from the Temple University School of Law in 1998. Mr. Zipperian assisted the firm in this case primarily by taking a number of depositions of Defendants' experts.

18. I have not included time spent by a number of timekeepers at SFMS who only worked on this matter for less than 15 hours, including Elena DiBattista (Paralegal – FL), Jonathan Dilger (Project Analyst – NY), Betsy Ferling Hitriz (Paralegal – CT), Ashley Landis (Paid Credit Intern - CA), Christine Mon (Paralegal – PA), Sue Moss (Paralegal – PA), Chiharu Sekino (Associate – CA), and Alexa White (Paralegal - CA).  The total time spent by these timekeepers collectively accounted for over 75 hours of time and in excess of an additional $15,000 in lodestar within our system.  In addition, I eliminated certain entries that were duplicative in nature.  As a result, over one hundred hours of time were eliminated from the time that otherwise would have been included in the summary charts attached as Exhibit "A."

19. Pursuant to Local Civil Rule 54-5(a), on behalf of Class counsel, Monique Olivier and I met and conferred with Defendant's counsel in order to determine if agreement could be reached on an award of attorneys' fees, expenses and costs without the necessity of submission of this Motion and submission of a Bill of Costs.  Although agreement has not be reached at this time, Class counsel will continue to meet and confer with Defendant's counsel in an effort to narrow or eliminate any bases of dispute.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of March, 2019 at Los Angeles, California.

 */s/ James E. Miller*
 James E. Miller

MILLER DECL. ISO PLTFS' MTN FOR ATTORNEYS' FEES CASE NO. 15-CV-02277-JST