| | |
|---|---|
| OLIVIER SCHREIBER & CHAO LLP<br>Monique Olivier (SBN 190385)<br>(monique@osclegal.com)<br>201 Filbert Street, Suite 201<br>San Francisco, CA 94133<br>Telephone:  (415) 484-0980<br><br>KOSINSKI + THIAGARAJ, LLP<br>Alison Kosinski (SBN 261676)<br>(alison@ktlawsf.com)<br>Emily Thiagaraj (SBN 284634)<br>(emily@ktlawsf.com)<br>201 Filbert Street, Suite 201<br>San Francisco, CA 94133<br>Telephone: (415) 230-2860<br>*Attorneys for Plaintiffs and the Class*<br><br>*Additional Counsel on Signature Page* | MORGAN, LEWIS & BOCKIUS LLP<br>Robert Jon Hendricks, State Bar No. 179751<br>Nancy Villarreal, State Bar No. 273604<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br>E-Mail: rj.hendricks@morganlewis.com<br>E-Mail: nancy.villarreal@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>BRENDAN T. KILLEEN (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: 212-309-6000<br>Facsimile: 212-309-6001<br>E-Mail: brendan.killeen@morganlewis.com<br><br>Attorneys for Defendants<br>VIRGIN AMERICA INC.<br>and ALASKA AIRLINES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC. and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION TO:**<br><br>**(1) MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR STAY OF EXECUTION OF JUDGMENT AND SETTING OF SUPERSEDEAS BOND AMOUNT; AND**<br><br>**(2)  TO EXTEND STAY OF ENFORCEMENT PENDING RESOLUTION OF THE FOREGOING ISSUE; [PROPOSED] ORDER** |

Plaintiffs Julia Bernstein, Esther Garcia and Lisa Marie Smith ("Plaintiffs") and Defendants Virgin America Inc. and Alaska Airlines, Inc. ("Defendants") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, the Court entered judgment on February 4, 2019 (Dkt. 367);

WHEREAS, on February 14, 2019, the Court granted the Parties' request (Dkt. 368) to continue the deadline for Defendants to file a motion for stay of execution of judgment through appeal and to set the amount of a supersedeas bond to March 13, 2019, set Plaintiffs' deadline to file any opposition to such motion on April 3, 2019, and set Defendants' deadline to reply on April 17, 2019 (Dkt. 369);

WHEREAS, on February 14, 2019, the Court further granted the Parties' request for an extension of stay of execution and enforcement of judgment by which any execution or enforcement of the judgment was stayed until through ten (10) court days after the Court set the amount of a supersedeas bond or the Court approved a stipulation submitted by the Parties resolving the amount of the supersedeas bond (Dkt. 369);

WHEREAS, the Parties have met and conferred regarding Defendants' motion for stay of execution of judgment through appeal and to set the amount of a supersedeas bond in an attempt to resolve these issues through stipulation;

WHEREAS, as of March 12, 2019, the Parties have reached an agreement regarding the amount of a supersedeas bond and continue to meet and confer regarding the form of the supersedeas bond; and

WHEREAS, the additional time provided for by this stipulation will facilitate those discussions;

IT IS NOW HEREBY STIPULATED AND AGREED that:

Pursuant to N.D. Cal. L.R. 6-2, the Parties agree to:

    a. Continue Defendants' deadline to file: (i) a stipulation and proposed order for approval of supersedeas bond and to continue stay of execution and enforcement of judgment pending appeal; or (ii) if a stipulation cannot be reached, a bond motion for stay of execution of judgment through appeal and to set the amount of a

1

| | |
|---|---|
| 1 | supersedeas bond from March 13, 2019 to March 20, 2019.  The Parties further |
| 2 | agree to continue Plaintiffs' deadline to file any opposition to such motion to April |
| 3 | 10, 2019, and extend Defendants' deadline to reply to April 24, 2019; and |

b. The current automatic stay of enforcement of judgment is continued through ten (10) court days after the Court has set the amount of a supersedeas bond or has approved a stipulation submitted by the Parties resolving the amount of the supersedeas bond.

SO STIPULATED.

Date: March 13, 2019          Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP
*/s/ Monique Olivier\**
Monique Olivier

*Attorneys for Plaintiffs and the Certified Class*

Date: March 13, 2019          MORGAN LEWIS & BOCKIUS

*/s/ Brendan T. Killeen*
Brendan T. Killeen

*Attorneys for Defendants*

\*I, Brendan T. Killeen, have obtained the consent of Monique Olivier to this filing, pursuant to the Local Rules.

*Additional Plaintiffs' Counsel:*

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

KOLIN C. TANG (SBN 279834)
(ktang@sfmslaw.com)
CHIHARU G. SEKINO (SBN 306589)
(csekino@sfmslaw.com)

| 1 | SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP |
| --- | --- |
| | 401 West A Street, Suite 2550 |
| 2 | San Diego, CA 92101 |
| | Telephone: (619) 235-2416 |
| 3 | |
| | JAMES C. SHAH (SBN 260435) |
| 4 | (jshah@sfmslaw.com) |
| | SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP |
| 5 | 35 East State Street |
| | Media, PA 19063 |
| 6 | Telephone: (610) 891-9880 |
| 7 | *Attorneys for Plaintiffs and the Class* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The deadline for Defendants to file: (a) a stipulation and proposed order for approval of supersedeas bond and to continue stay of execution and enforcement of judgment pending appeal; or (b) if a stipulation cannot be reached, a bond motion for stay of execution of judgment through appeal and to set the amount of a supersedeas bond file a motion to stay of execution of judgment through appeal and to set the amount of a supersedeas bond, is continued from March 13, 2019 to March 20, 2019. Plaintiffs' deadline to file any opposition to such motion is April 10, 2019, and Defendants' deadline to reply is April 24, 2019; and

2. The current automatic stay of enforcement of judgment is continued through ten (10) court days after the Court has set the amount of a supersedeas bond or has approved a stipulation submitted by the Parties resolving the amount of the supersedeas bond.

**IT IS SO ORDERED.**

Dated: March 14, 2019

JON S. TIGAR
UNITED STATES DISTRICT JUDGE