| | |
|---|---|
| OLIVIER SCHREIBER & CHAO LLP<br>Monique Olivier (SBN 190385)<br>(monique@osclegal.com)<br>201 Filbert Street, Suite 201<br>San Francisco, CA 94133<br>Telephone: (415) 484-0980<br><br>KOSINSKI + THIAGARAJ, LLP<br>Alison Kosinski (SBN 261676)<br>(alison@ktlawsf.com)<br>Emily Thiagaraj (SBN 284634)<br>(emily@ktlawsf.com)<br>201 Filbert Street, Suite 201<br>San Francisco, CA 94133<br>Telephone: (415) 230-2860<br><br>*Attorneys for Plaintiffs and the Class*<br><br>*Additional Counsel on Signature Page* | MORGAN, LEWIS & BOCKIUS LLP<br>Robert Jon Hendricks, State Bar No. 179751<br>Nancy Villarreal, State Bar No. 273604<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br>E-Mail: rj.hendricks@morganlewis.com<br>E-Mail: nancy.villarreal@morganlewis.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>BRENDAN T. KILLEEN (*admitted pro hac vice*)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: 212-309-6000<br>Facsimile: 212-309-6001<br>E-Mail: brendan.killeen@morganlewis.com<br><br>Attorneys for Defendants<br>VIRGIN AMERICA INC.<br>and ALASKA AIRLINES, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC. and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR APPROVAL OF SUPERSEDEAS BOND AND TO CONTINUE STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING APPEAL** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Julia Bernstein, *et al*. ("Plaintiffs") and Defendants Virgin America, Inc. and Alaska Airlines, Inc. ("Defendants") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, the Court entered judgment on February 4, 2019 (Dkt. No. 367).

WHEREAS, on February 14, 2019 and March 14, 2019, pursuant to the Parties' stipulations (Dkt. 368, 372), the Court entered Orders for an extension of stay of execution and enforcement of judgment by which any execution or enforcement of the judgment was stayed until through ten (10) court days after the Court set the amount of a supersedeas bond or the Court approved a stipulation submitted by the Parties resolving the amount of the supersedeas bond (Dkt. 369, 376).

WHEREAS, Defendants filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit on March 4, 2019 (Dkt. No. 370).

WHEREAS, Defendants have agreed to post a supersedeas bond in the amount of Eighty-One Million Eight Hundred Thousand Dollars ($81,800,000), and Plaintiffs have agreed not to oppose this amount.

WHEREAS, Defendants have obtained a supersedeas bond in the amount of Eighty-One Million Eight Hundred Thousand Dollars ($81,800,000), which is attached hereto as Exhibit A.

WHEREAS, Defendants represent that they are able to satisfy the judgment.

WHEREAS, Defendants have made representations to Plaintiffs concerning their current financial condition, and have agreed to immediately notify Plaintiffs of any material change in such condition that would impact Defendants' ability to pay the judgment.

WHEREAS, Defendants have agreed that, if the United States Court of Appeals for the Ninth Circuit affirms the judgment, the bond attached as Exhibit A will remain in effect until at least thirty days after the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit or the full satisfaction of any judgment in favor of Plaintiffs, whichever date is earlier, and the Parties agree to continue the stay provided under Fed. R. Civ. Proc. 62(a) until thirty days after issuance of the mandate by the United States Court of Appeals for the Ninth Circuit.

1
STIPULATION AND [~~PROPOSED~~] ORDER FOR APPROVAL OF SUPERSEDEAS BOND AND TO CONTINUE STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING APPEAL

**IT IS SO STIPULATED.**

Date: March 20, 2019        Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP
*/s/ Monique Olivier\**
Monique Olivier

*Attorneys for Plaintiffs and the Certified Class*

Date: March 20, 2019        MORGAN LEWIS & BOCKIUS

*/s/Brendan T. Killeen*
Brendan T. Killeen

*Attorneys for Defendants*

\*I, Brendan T. Killeen, have obtained the consent of Monique Olivier to this filing, pursuant to the local rules.

*Additional Plaintiffs' Counsel:*

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

KOLIN C. TANG (SBN 279834)
(ktang@sfmslaw.com)
CHIHARU G. SEKINO (SBN 306589)
(csekino@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 235-2416

JAMES C. SHAH (SBN 260435)
(jshah@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880

*Attorneys for Plaintiffs and the Class*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that a supersedeas bond in the amount of Eighty-One Million Eight Hundred Thousand Dollars ($81,800,000) is approved. The Clerk of Court is hereby directed to post the bond in the amount of $81,800,000, which is attached as Exhibit A to the parties' Stipulation.

PURSUANT TO STIPULATION, IT IS FURTHER ORDERED that, if the United States Court of Appeals for the Ninth Circuit affirms the judgment, the bond attached as Exhibit A will remain in effect until at least thirty days after the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit or the full satisfaction of any judgment in favor of Plaintiffs, whichever date is earlier, and the stay will be continued under Fed. R. Civ. Proc. 62(a) until thirty days after issuance of the mandate by the United States Court of Appeals for the Ninth Circuit. Plaintiffs may also seek emergency relief from the stay of execution in the event of any material change in Defendants' financial condition that reasonably implicates Defendants' ability to pay the judgment.

**IT IS SO ORDERED.**

Dated: March 21, 2019

JON S. TIGAR
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER FOR APPROVAL OF SUPERSEDEAS BOND AND TO CONTINUE STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT PENDING APPEAL