OLIVIER SCHREIBER & CHAO LLP
Monique Olivier (SBN 190385)
(monique@osclegal.com)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980

KOSINSKI + THIAGARAJ, LLP
Alison Kosinski (SBN 261676)
(alison@ktlawsf.com)
Emily Thiagaraj (SBN 284634)
(emily@ktlawsf.com)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 230-2860

*Attorneys for Plaintiffs and the Class*

*Additional Counsel on Signature Page*

MORGAN, LEWIS & BOCKIUS LLP
Robert Jon Hendricks, State Bar No. 179751
Nancy Villarreal, State Bar No. 273604
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
E-Mail: rj.hendricks@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN T. KILLEEN (*admitted pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000
Facsimile: 212-309-6001
E-Mail: brendan.killeen@morganlewis.com

Attorneys for Defendants
VIRGIN AMERICA INC.
and ALASKA AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC. and Does 1-10, inclusive;<br><br>Defendants. | Case No. 15-cv-02277-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR APPROVAL OF CLASS NOTICE REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Julia Bernstein, *et al*. ("Plaintiffs") and Defendants Virgin America Inc. and Alaska Airlines, Inc. ("Defendants") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, Plaintiffs filed a Motion for Attorneys' Fees and Expenses on March 13, 2019 ("Plaintiffs' Motion") (Dkt. 374), Defendants filed their opposition on April 3, 2019 (Dkt. 386), and Plaintiffs filed their reply on April 17, 2019 (Dkt. 387);

WHEREAS, on April 26, 2019, the Court ordered supplemental briefing on the issue of whether Federal Rule of Civil Procedure 23(h) ("Rule 23(h)") requires notice to the class of Plaintiffs' Motion and an opportunity to object when class counsel seeks fees directly from a defendant (Dkt. 389);

WHEREAS, Plaintiffs filed their supplemental brief on May 9, 2019, in which they argued that notice to the Class is not required under Rule 23(h), but, out of an abundance of caution and to avoid any further appellate issues, proposed that the Court hold Plaintiffs' Motion in abeyance and submitted a proposed notice to the Class with a deadline to submit any objections (Dkt. 390-1);

WHEREAS, as set forth in their Opposition to Plaintiffs' Motion, Defendants' position is that Rule 23(h) requires that notice of Plaintiffs' Motion be provided to the class in order to give class members an opportunity to object and/or appear;

WHEREAS, the Parties have met and conferred regarding Plaintiffs' proposed notice and have agreed: (a) to re-notice the hearing on their Motion for Attorneys' Fees on August 1, 2019 ; (b) to send the revised, proposed notice attached hereto as Exhibit A to the class; (c) to provide the class with thirty (30) calendar days to object to Plaintiffs' Motion; (d) that Class counsel will file all objections they receive from the class with the Court and send a copy to Defendants' counsel at least fourteen (14) calendar days prior to the hearing on Plaintiffs' Motion; and (e) that the Parties will have seven (7) calendar days from the filing of any objections to file responses regarding said objections that shall not exceed ten pages.

**IT IS SO STIPULATED.**

Date: May 23, 2019                    Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP

*/s/      Monique Olivier*
Monique Olivier

*Attorneys for Plaintiffs and the Certified Class*

Date: May 23, 2019                    MORGAN LEWIS & BOCKIUS

*/s/      Brendan T. Killeen*
Brendan T. Killeen

*Attorneys for Defendants*

\*I, Brendan T. Killeen, have obtained the consent of Monique Olivier to this filing, pursuant to the local rules.

*Additional Plaintiffs' Counsel:*

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

KOLIN C. TANG (SBN 279834)
(ktang@sfmslaw.com)
CHIHARU G. SEKINO (SBN 306589)
(csekino@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 235-2416

JAMES C. SHAH (SBN 260435)
(jshah@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880

*Attorneys for Plaintiffs and the Class*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiffs shall give notice to the class of their Motion for Attorneys' Fees and Expenses ("Plaintiffs' Motion") by distributing the notice attached to the Parties' Stipulation as Exhibit A.

The hearing on Plaintiffs' Motion is hereby set for ~~____, 2019 at ____ p.m.~~   August 1, 2019 at 2:00 p.m.

Class counsel will file all objections they receive from the class with the Court and send a copy to Defendants' counsel at least ~~fourteen (14)~~ seventeen (17) calendar days prior to the hearing on Plaintiffs' Motion.

The Parties will have ~~seven (7)~~ ten (10) calendar days from the filing of any objections to file responses to the objections that shall not exceed ten (10) pages.

**IT IS SO ORDERED.**

Dated: May 24, 2019

JON S. TIGAR
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

[PROPOSED NOTICE]

*Bernstein, et al. v. Virgin America Inc., et al.*, **Case No. 15-cv-02277**

**Court-Authorized Notice of Motion for Award of Attorney's Fees and Expenses**

You are receiving this notice because Judge Jon S. Tigar of the United States District Court for the Northern District of California entered a judgment on your behalf as a Class Member in the case *Bernstein v. Virgin America, Inc.*, *et al.* Class Members are all individuals who have worked as California-based flight attendants of Virgin America Inc. ("Virgin") at any time during the period from March 18, 2011 to April 6, 2017. The defendants in the case are Virgin and Alaska Airlines, Inc., as the successor-in-interest to Virgin ("Defendants").

As you may be aware, the Court ruled that Virgin violated California wage and hour laws and issued a judgment in favor of the Class in the amount of $77,798,945.25 plus post-judgment interest at the statutory rate. Defendants are in the process of appealing the judgment.

After the judgment was entered, the attorneys who represent the Class ("Class counsel") filed a Motion for Award of Attorney's Fees and Expenses (the "Motion") requesting that Defendants pay Class counsel's attorneys' fees and expenses for prosecuting the case. The amount of the request is $13,220,405. Plaintiffs have requested that Defendants pay this amount in addition to the amount of the judgment. In other words, if the Court granted this request, it would not reduce the amount of the judgment. You should also be aware that, at a future date, Class counsel may also seek an additional award to be paid out of and reduce the judgment awarded to the Class. If that request is made, you will receive additional notice at that time. A copy of Class counsel's Motion and supporting papers can be reviewed online at www.VirginWageLawsuit.com.

As a Class Member, you have the right to object to the Motion. By filing an objection you will not waive your right to receive your share of the judgment. If you wish to file an objection, you must do so by [30 days from the notice] by emailing or mailing a written objection with your name, contact information and the reason for your objection to:

> Strategic Claims Services
> Virgin Wage Lawsuit
> 600 North Jackson Street - Suite 205
> Media, PA 19063
> info@strategicclaims.net
> 1-866-274-4004

Class counsel will file your objection letter with the Court and send a copy to Defendants' counsel prior to the hearing on the Motion scheduled for [hearing date]. Any objection you have to the Motion will be waived unless you raise it by the time and in the manner stated in this notice. However, by doing nothing, you will not waive your right to object to any subsequent request by Class counsel for an additional award to be paid out of the judgment awarded to the Class.