FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JULIA BERNSTEIN; ESTHER GARCIA; LISA MARIE SMITH, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs-Appellees,<br><br> v.<br><br>VIRGIN AMERICA, INC.; ALASKA AIRLINES, INC.,<br><br>          Defendants-Appellants. | No.   19-15382<br><br>D.C. No. 4:15-cv-02277-JST<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

On December 27, 2019, appellees submitted provisionally under seal

Volumes 6 and 7 of the supplemental excerpts of record, accompanied by a notice

of intent to unseal pursuant to Ninth Circuit Rule 27-13(f). No other party has

filed a motion to file or maintain Volumes 6 and 7 under seal. The Clerk shall

publicly file the notice, the answering brief, and all volumes of the supplemental

excerpts of record. The existing briefing schedule continues in effect.

                        FOR THE COURT:
                        MOLLY C. DWYER
                        CLERK OF COURT
                        By: Mary Hurley
                        Deputy Clerk
                        Ninth Circuit Rule 27-7

MH/Appellate Commissioner