ROBERT JON HENDRICKS, State Bar No. 179751
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone: 415-442-1000
Facsimile: 415-442-1001
E-Mail: rj.hendricks@morganlewis.com

BRENDAN T. KILLEEN (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000
Facsimile: 212-309-6001
E-Mail: brendan.killeen@morganlewis.com

Attorneys for Defendants
VIRGIN AMERICA INC. and
ALASKA AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC.; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 4:15-cv-02277-JST<br><br>**DEFENDANTS VIRGIN AMERICA INC. AND ALASKA AIRLINES, INC.'S NOTICE OF APPEAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS VIRGIN AMERICA INC. AND ALASKA AIRLINES, INC.'S
NOTICE OF APPEAL

1  Notice is hereby given that Defendants Virgin America Inc. and Alaska Airlines, Inc. in
2  the above-captioned action hereby appeal to the United States Court of Appeals for the Ninth
3  Circuit from the Court's order granting Plaintiffs' motion for attorneys' fees and expenses,
4  entered in this action on January 21, 2020 (Dkt. 402), attached hereto as <u>Exhibit A</u>.  This appeal is
5  related to the appeal filed on March 4, 2019 (Dkt. 370) captioned *Julia Bernstein et al. v. Virgin*
6  *America Inc., et al.*, Case Number 19-15382, currently pending before the United States Court of
7  Appeals for the Ninth Circuit.
8    Defendants' Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached
9  to this Notice as <u>Exhibit B</u>.

10  Dated:  February 10, 2020      MORGAN, LEWIS & BOCKIUS LLP

11                By: */s/ Robert Jon Hendricks*
12                   Robert Jon Hendricks
                     Attorneys for Defendants
13                   VIRGIN AMERICA INC. and ALASKA
                     AIRLINES, INC.