FILED

MAY 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULIA BERNSTEIN; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>VIRGIN AMERICA, INC.; ALASKA AIRLINES, INC.,<br><br>        Defendants-Appellants. | No.   19-15382<br>        20-15186<br><br>D.C. No. 4:15-cv-02277-JST<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: WALLACE and M. SMITH, Circuit Judges, and LASNIK,[*] District Judge.

     Plaintiffs-Appellees are ordered to file a response to Defendants-Appellants' petition for panel rehearing and rehearing en banc (Dkt. 115). Defendants-Appellants are ordered to file a response to Plaintiffs-Appellees' petition for panel rehearing and rehearing en banc (Dkt. 116). The responses shall not exceed 20 pages, and shall be filed within 21 days of the date of this order.

---

     [*] The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.