UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JULIA BERNSTEIN; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> VIRGIN AMERICA, INC. and ALASKA AIRLINES, INC., <br><br> Defendants - Appellants. | No. 19-15382 <br><br> D.C. No. 4:15-cv-02277-JST <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered February 23, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7