UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JULIA BERNSTEIN; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>VIRGIN AMERICA, INC. and ALASKA AIRLINES, INC.,<br><br>        Defendants - Appellants. | No. 20-15186<br><br>D.C. No. 4:15-cv-02277-JST<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered February 23, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Nixon Antonio Callejas Morales
                Deputy Clerk
                Ninth Circuit Rule 27-7