UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JULIA BERNSTEIN; et al., | No.   19-15382 |
| Plaintiffs-Appellees, | D.C. No. 4:15-cv-02277-JST<br>Northern District of California,<br>San Francisco |
| v. | |
| VIRGIN AMERICA, INC.; ALASKA<br>AIRLINES, INC., | ORDER |
| Defendants-Appellants. | |

Before:  WALLACE and M. SMITH, Circuit Judges, and LASNIK,[*] District Judge.

Appellees' motion to transfer consideration of attorney's fees on appeal to the

District Court for the Northern District of California (Dkt. 137) is **GRANTED.**

---

[*]     The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.