| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | AUG 4 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JULIA BERNSTEIN; et al.,

    Plaintiffs-Appellees,

  v.

VIRGIN AMERICA, INC.; ALASKA AIRLINES, INC.,

    Defendants-Appellants.

No.   20-15186

D.C. No. 4:15-cv-02277-JST
Northern District of California, Oakland

ORDER

Before: WALLACE and M. SMITH, Circuit Judges, and LASNIK,[*] District Judge.

Appellees' motion to transfer consideration of attorney's fees on appeal to the District Court for the Northern District of California (Dkt. 59) is **GRANTED.**

---

[*]    The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.