# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 23, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Virgin America, Inc., et al.
v. Julia Bernstein, et al., Individually and on Behalf of All Others Similarly Situated
No. 21-260
(Your No. 19-15382, 20-15186)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 19, 2021 and placed on the docket August 23, 2021 as No. 21-260.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst