BRENDAN T. KILLEEN (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000
Facsimile:  212-309-6001
E-Mail: brendan.killeen@morganlewis.com

MAUREEN N. BECKLEY, State Bar No. 316754
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone:  +1.415.442.1000
Facsimile:   +1.415.442.1001
E-Mail:  maureen.beckley@morganlewis.com

ALEKSANDR MARKELOV, State Bar No. 319235
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001
E-mail: aleksandr.markelov@morganlewis.com

Attorneys for Defendant
VIRGIN AMERICA INC. and
ALASKA AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BERNSTEIN, LISA MARIE SMITH, and ESTHER GARCIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIRGIN AMERICA INC.; ALASKA AIRLINES, INC.; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 4:15-cv-02277-JST<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE JUDGMENT**<br><br>Date: July 28, 2022<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

**TO THE HONORABLE COURT, PLAINTIFFS AND PLAINTIFFS' COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Evidence 201, Defendants Virgin America Inc. and Alaska Airlines, Inc. ("Defendants") respectfully request that the Court take judicial notice of the following documents:

1. The Petition for Rehearing or Rehearing *En Banc* filed by Plaintiffs-Appellees Julia Bernstein, Esther Garcia, and Lisa Marie Smith (collectively, "Plaintiffs") in *Bernstein v. Virgin Am., Inc*, United States Court of Appeals for the Ninth Circuit, Case Nos. 19-15382 & 20-15186, on April 23, 2021.  A true and correct copy of the Petition is attached hereto as **Exhibit A.**

2. The Order Regarding Motion for Reconsideration in *Booher v. JetBlue Airways Corp.*, United States District Court, Northern District of California, Case No. 4:15-CV-01203-JSW, issued by Judge White on November 10, 2021.  A true and correct copy of the Order is attached hereto as **Exhibit B.**

Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute" because they are either (1) "generally known within the trial court's territorial jurisdiction" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Records of proceedings in other courts are the proper subject of judicial notice*.  See, e.g., E. & J. Gallo Winery v. Encana Energy Servs., Inc.*, 2005 WL 2435900, at *6 (E.D. Cal. Sept. 30, 2005) ("A district court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence . . . of orders or decisions or proceedings of any federal or state court." (citing *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2000))); *see also Neilson v. Union Bank of Cal.*, 290 F. Supp. 2d 1101, 1112-14 (C.D. Cal. 2003) (taking judicial notice of court orders and civil minutes, including the "existence and legal effect of the documents"); *Louie v. McCormick & Schmick Rest. Corp.*, 460 F. Supp. 2d 1153, 1156 n.4 (C.D. Cal. 2006) (taking judicial notice of Los Angeles Superior Court order).

Accordingly, it is proper for the Court to take judicial notice of Exhibits A and B.

| | | |
|---|---|---|
| 1 | Dated: June 16, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By  */s/ Brendan T. Killeen* |
| 4 | | Brendan T. Killeen<br>Maureen N. Beckley<br>Aleksandr Markelov |
| 5 | | |
| 6 | | Attorneys for Defendants<br>VIRGIN AMERICA INC. and ALASKA<br>AIRLINES, INC. |